Hearing Date: December 20, 2021 at 10:30 a.m. (EST)

TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Kyle J. Ortiz
Bryan M. Kotliar
Amy M. Oden
Amanda C. Glaubach

*Proposed Counsel to the Debtors
and Debtors in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>JPA NO. 111 CO., LTD. and<br>JPA NO. 49 CO., LTD.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No.: 21-12075 (DSJ)<br><br>(Joint Administration Pending) |

**NOTICE OF HEARING ON
"FIRST-DAY" APPLICATIONS AND MOTIONS**

**PLEASE TAKE NOTICE** that on December 17, 2021 (the "Petition Date"), the above-captioned debtors and debtors-in-possession (the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that on the Petition Date, the Debtors filed, or plans to file, among other items, the applications and motions that are listed on **Exhibit A** hereto (collectively, the "First Day Pleadings") and the *Declaration of Teiji Ishikawa Pursuant to Bankruptcy Rule 1007-2 and in Support of the Debtors Chapter 11 Petitions and First Day Pleadings* (the "First Day Declaration").

---

[1]  The Debtors in these Chapter 11 Cases are: JPA No. 111 Co., Ltd. and JPA No. 49 Co., Ltd. The Debtors' corporate address is Kasumigaseki Common Gate West Tower, 3-2-1 Kasumigaseki, Chiyoda-Ku, Tokyo 100-0013.

**PLEASE TAKE FURTHER NOTICE** that a hearing (the "First Day Hearing") to consider the relief requested in the First Day Pleadings will be held on **December 20, 2021, at 10:30 a.m. (prevailing Eastern Time)**, or as soon thereafter as counsel can be heard, before the Honorable David S. Jones, United States Bankruptcy Judge for the Southern District of New York, in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), One Bowling Green, Courtroom 501, New York, New York 10004, unless otherwise ordered by the Bankruptcy Court.  In light of the COVID-19 pandemic, the First Day Hearing shall take place via Zoom for Government.  Those wishing to appear before the Bankruptcy Court at the First Day Hearing must register their appearance by utilizing the Electronic Appearance portal located at the Bankruptcy Court's website: https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl.  Appearances must be entered no later than December 17, 2021 at 4:30 p.m. (Prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that Gen. Ord. M-543, along with other temporary procedures implemented by the Bankruptcy Court in connection with the COVID-19 pandemic (including electronic filing procedures for *pro se* parties) can be found by visiting www.nysb.uscourts.gov (the "Bankruptcy Court's Website) and clicking on the "Coronavirus COVID-19 Protocol" banner.

[*Concludes on the Following Page*]

**PLEASE TAKE FURTHER NOTICE** that copies of the First Day Pleadings and First Day Declaration can be viewed and/or obtained by: (i) accessing the Bankruptcy Court's Website for a fee, or (ii) contacting the Office of the Clerk of the United States Bankruptcy Court, Southern District of New York. Please note that a PACER password is required to access documents on the Bankruptcy Court's Website.

Dated: New York, New York
December 17, 2021

JPA NO. 111 CO., LTD. and
JPA No. 49 CO., LTD.
*Debtors and Debtors in Possession*
By their Proposed Counsel
TOGUT, SEGAL & SEGAL LLP
By:

/s/*Kyle J. Ortiz*
Kyle J. Ortiz
Bryan M. Kotliar
Amy M. Oden
Amanda C. Glaubach
One Penn Plaza, Suite 3335
New York, New York 10119
Telephone: (212) 594-5000

# Exhibit A

1. **"Joint Administration Motion"**

   *Debtors' Motion for an Order Directing Joint Administration of Debtors' Chapter 11 Cases* [Docket No. 2].

2. **"Creditor Matrix Motion"**

   *Debtor's Motion for Entry of an Order (I) Waiving Certain Creditor List Filing Requirements; (II) Authorizing the Filing of a Consolidated List of Top 20 Unsecured Creditors; and (III) Authorizing the Debtors to Establish Procedures for Notifying parties of the Commencement of These Cases* [Docket No. 4].

3. **"Stay Confirmation Motion"**

   *Debtors' Motion for Entry of an Order (I) Enforcing the Protections of Sections 105(a), 362, 365, 525 and 541 of the Bankruptcy Code, Restating Automatic Stay and Ipso Facto Provisions; and (II) Granting Related Relief* [Docket No. 5].