TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Kyle J. Ortiz
Bryan M. Kotliar
Amy M. Oden
Amanda C. Glaubach

*Proposed Counsel to the Debtors*
*and Debtors in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| JPA NO. 111 CO., LTD. and<br>JPA NO. 49 CO., LTD., | Case No.: 21-12075 (DSJ) |
| | (Joint Administration Pending) |
| Debtors.[1] | |

## AGENDA FOR HEARING ON "FIRST-DAY" APPLICATIONS AND MOTIONS

**Time and Date of Hearing:** December 20, 2021 at 10:30 a.m.
(prevailing Eastern Time)

**Location of Hearing:** Judge David S. Jones, Courtroom 501
United States Bankruptcy Court,
Southern District of New York
One Bowling Green
New York, NY 10004

**Hearing Attendance Instructions:** The Hearing will be conducted Via Zoom for Government. Those wishing to appear before the Bankruptcy Court at the Omnibus Hearing must register their appearance by utilizing the Electronic Appearance portal located at the Bankruptcy Court's website: https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl.  Appearances must be entered no later than December 17, 2021 at 4:30 p.m. (Prevailing Eastern Time).  In addition, Gen. Ord. M-543, along with other temporary procedures implemented by the

---

[1] The Debtors in these Chapter 11 cases are:  JPA No. 111 Co., Ltd. and JPA No. 49 Co., Ltd.  The Debtors' corporate address is Kasumigaseki Common Gate West Tower, 3-2-1 Kasumigaseki, Chiyoda-Ku, Tokyo 100-0013.

|   |   |
|---|---|
|   | Bankruptcy Court in connection with the COVID-19 pandemic (including electronic filing procedures for *pro se* parties) can be found by visiting www.nysb.uscourts.gov (the "Bankruptcy Court's Website") and clicking on the "Coronavirus COVID-19 Protocol" banner. |
| **Copies of Motions:** | Copies of each of the "first-day" motions can be viewed and/or obtained by: (i) accessing the Bankruptcy Court's Website for a fee, or (ii) contacting the Office of the Clerk of the United States Bankruptcy Court, Southern District of New York. Please note that a PACER password is required to access documents on the Bankruptcy Court's Website. |

## I. Debtor's Introductory Remarks

## II. Procedural Matters:

**1. "Joint Administration Motion"**

*Debtors' Motion for an Order Directing Joint Administration of Debtors' Chapter 11 Cases* [Docket No. 2].

Status: This matter is going forward.

**2. "Creditor Matrix Motion"**

*Debtor's Application for Entry of an Order (I) Waiving Certain Creditor List Filing Requirements; and (II) Authorizing the Debtor to Establish Procedures for Notifying Parties of the Commencement of this Case* [Docket No. 4].

Status: This matter is going forward.

## III. Operational Matters:

**3. "Stay Confirmation Motion"**

*Debtors' Motion for Entry of an Order (i) Enforcing the Protections of Sections 105(a), 362, 365, 525 and 541 of the Bankruptcy Code, Restating Automatic Stay and Ipso Facto Provisions; and (ii) Granting Related Relief* [Docket No. 5].

Status: This matter is going forward.

*[concluded on the following page]*

Dated: New York, New York
   December 17, 2021

               JPA NO. 111 CO., LTD. and
               JPA No. 49 CO., LTD.
               *Debtors and Debtors in Possession*
               By their Proposed Counsel
               TOGUT, SEGAL & SEGAL LLP
               By:

               */s/Kyle J. Ortiz*
               Kyle J. Ortiz
               Bryan M. Kotliar
               Amy M. Oden
               Amanda C. Glaubach
               One Penn Plaza, Suite 3335
               New York, New York 10119
               Telephone: (212) 594-5000