UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>JPA NO. 111 CO., LTD.,<br><br>Debtor. | Chapter 11<br><br>Case No.: 21-12075 (DSJ) |
| In re:<br><br>JPA NO. 49 CO., LTD.,<br><br>Debtor.[1] | Chapter 11<br><br>Case No.: 21-12076 (DSJ) |

**ORDER DIRECTING JOINT**
**ADMINISTRATION OF THE DEBTORS' CHAPTER 11 CASES**

Upon the motion (the "Motion")[2] of the debtors and debtors in possession (together, the "Debtors") in the above-captioned cases (the "Chapter 11 Cases") for an order (this "Order"), (i) directing the joint administration of the Debtors' separate Chapter 11 Cases for procedural purposes only and (ii) waiving the requirement that the captions in these Chapter 11 Cases contain certain identifying information with respect to each Debtor; and upon the First Day Declaration; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§157 and 1337 and the Amended Standing Order; ~~and the~~ and the Court having found that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that the Court may enter a final order consistent with Article III of the United

---

[1] The Debtors in these Chapter 11 cases are: JPA No. 111 Co., Ltd. and JPA No. 49 Co., Ltd. The Debtors' corporate address is: Kasumigaseki Common Gate West Tower, 3-2-1 Kasumigaseki, Chiyoda-Ku, Tokyo 100-0013.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

States Constitution; and the Court having found that venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of the Motion having been given as provided in the Motion, and such notice having been adequate and appropriate under the circumstances; and the Court having reviewed the Motion and the First Day Declaration and having heard the statements in support of the relief requested therein at a hearing before the Court **on December 20, 2021** ~~, if any~~ (the "<u>Hearing</u>"); and the Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates, creditors, and all parties in interest; and the Court having determined that the legal and factual bases set forth in the Motion and on the record of the Hearing establish just cause for the relief granted herein; and all objections to the Motion, if any, having been withdrawn or overruled; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefore, **[DSJ 12/20/2021]**

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. Both of the above-captioned Chapter 11 Cases are consolidated for procedural purposes only and shall be jointly administered by the Court.

3. Nothing contained in this Order shall be deemed or construed as directing or otherwise effecting any substantive consolidation of any of the above-captioned Chapter 11 Cases.

4. The caption of the jointly administered cases shall read as follows:

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>JPA NO. 111 CO., LTD. and<br>JPA NO. 49 CO., LTD.,<br><br>            Debtors.[1] | Chapter 11<br><br>Case No.: 21-12075 (DSJ)<br><br>(Jointly Administered) |

5. All original pleadings shall be captioned as indicated in the preceding paragraph, and all original docket entries shall be made in the case of JPA No. 111 Co., Ltd., Case No. 21-12075 (DSJ).

6. An entry shall be made on the docket of JPA No. 49 Co., Ltd., Case No. 21-12076 (DSJ) substantially similar to the following:

> "An order has been entered in this case consolidating this case with the case of JPA No. 111 Co., Ltd., (No. 21-12075 (DSJ)) for procedural purposes only and providing for its joint administration in accordance with the terms thereof. The docket in Case No. 21-12075 (DSJ) should be consulted for all matters affecting the above listed case."

7. The requirements under section 342(c)(1) of the Bankruptcy Code and Bankruptcy Rule 2002(n) that the case caption and other notices mailed in these cases include the Debtors' identifying information are waived. The Debtors shall include in all pleadings filed and each notice mailed by the Debtors a footnote listing both of the Debtors and their addresses.

8. The Debtors shall file their monthly operating reports required by the *Operating Guidelines and Reporting Requirements for Debtors in Possession and Trustees,* issued by the U.S. Trustee, in accordance with the applicable instructions for UST Form 11-MOR: Monthly Operating Report and Supporting Documentation.

9. The requirements set forth in Local Bankruptcy Rule 9013-1(b) are satisfied by the contents of the Motion.

10. Notwithstanding the possible applicability of Bankruptcy Rules 6004(a) and 6004(h) or otherwise, this Order shall be immediately effective and enforceable upon its entry.

11. The Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

12. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated:   New York, New York
         December 20, 2021

                                            *s/ David S. Jones*
                                            HONORABLE DAVID S. JONES
                                            UNITED STATES BANKRUPTCY JUDGE