TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Kyle J. Ortiz
Amanda C. Glaubach
Eitan E. Blander

*Proposed Counsel to the Debtors
and Debtors in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>JPA NO. 111 CO., LTD. and<br>JPA NO. 49 CO., LTD.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No.: 21-12075 (DSJ)<br><br>(Joint Administration Pending) |

**AFFIDAVIT OF SERVICE OF NOTICE OF HEARING AND DEBTORS'
APPLICATION FOR ENTRY OF ORDERS: (I)(A) APPROVING BIDDING
PROCEDURES RELATING TO THE SALE OF SUBSTANTIALLY ALL OF
THE DEBTORS' ASSETS; (B) ESTABLISHING STALKING HORSE
BIDDERS AND BID PROTECTIONS; (C) APPROVING PROCEDURES OF
THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY
CONTRACTS AND UNEPIRED LEASES; (D) AUTHORIZING
ENFORCEMENT ACTIONS; (E) SCHEDULING AN AUCTION AND A SALE
HEARING; AND (F) APPROVING THE FORM AND MANNER OF NOTICE
THEREOF; AND (II)(A) APPROVING THE SALE OF THE PURCHASED
ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, INTERESTS,
AND <u>ENCUMBRANCES; AND (B) GRANTING RELATED RELIEF</u>**

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

DAWN PERSON, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age and resides in Bedford Hills, New York.

*On December 31, 2021, deponent served a copy of the Notice of Hearing and Debtors' Application for Entry of Orders: (I)(A) Approving Bidding Procedures Relating to the Sale of Substantially All of the Debtors' Assets; (B) Establishing Stalking Horse Bidders and Bid Protections; (C) Approving Procedures of the Assumption and Assignment of Certain Executory*

---

[1] The Debtors in these Chapter 11 cases are: JPA No. 111 Co., Ltd. and JPA No. 49 Co., Ltd. The Debtors' corporate address is Kasumigaseki Common Gate West Tower, 3-2-1 Kasumigaseki, Chiyoda-Ku, Tokyo 100-0013.

*Contracts and Unexpired Leases; (D) Authorizing Enforcement Actions; (E) Scheduling an Auction and a Sale Hearing; and (F) Approving the Form and Manner of Notice thereof; and (II)(A) Approving the Sale of the Purchased Assets Free and Clear of All Liens, Claims, Interests, and Encumbrances; and (B) Granting Related Relief along with its underlying exhibits thereto [Docket No. 21]* upon the parties on the service list annexed hereto by electronic transmission.

/s/*Dawn Person*
DAWN PERSON

Sworn to before me this
3rd day of January 2022

/s/*Cynthia Juliano*
NOTARY PUBLIC

**SERVICE LIST FOR NOTICE OF HEARING AND DEBTORS' APPLICATION FOR ENTRY OF ORDERS: (I)(A) APPROVING BIDDING PROCEDURES RELATING TO THE SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS; (B) ESTABLISHING STALKING HORSE BIDDERS AND BID PROTECTIONS; (C) APPROVING PROCEDURES OF THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEPIRED LEASES; (D) AUTHORIZING ENFORCEMENT ACTIONS; (E) SCHEDULING AN AUCTION AND A SALE HEARING; AND (F) APPROVING THE FORM AND MANNER OF NOTICE THEREOF; AND (II)(A) APPROVING THE SALE OF THE PURCHASED ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, INTERESTS, AND ENCUMBRANCES; AND (B) GRANTING RELATED RELIEF**

**By Electronic Mail**

Airborne Capital Limited
Level 6, Uchisaiwaicho Daibiru Building 3-3
Uchisaiwaicho 1-chome
Chiyoda-ku, Tokyo
100-0011 Japan
remarketing@airbornecapital.aero

Clifford Chance Pte Ltd.
Marina Bay Financial Centre
12 Marina Blvd, 25th Floor, Tower 3
018982 Singapore
Fergus.Evans@cliffordchance.com;
Nattawat.Vilasdechanon@CliffordChance.com;
Chanuth.Tansomboon@CliffordChance.com

Credit Agricole Corporate & Investment Bank
12 Place des Etats Unis
CS 70052, 92547
Montrouge Cedex, France
Attn: Francois Barbut, Structured Finance Agency & Middle Office
francois.barbut@ca-cib.com
melody.lavigne@ca-cib.com
mounia.bekkali@ca-cib.com
marcaurele.lerno@ca-cib.com
Pierre-Antoine.LEVAYER@ca-cib.com
amir.belaid@ca-cib.com

FitzWalter Capital Partners (Financial Trading) Limited
21 Bruton Street,
London W1J 6QD UK
Attn: Andrew Gray
joe.brough@fwcap.com,
andrew.gray@fwcap.com,

legalnotices@fwcap.com,
VNA-A350@fwcap.com

JP Lease Product & Services Co.
Kasumigaeski Common Gate  West Tower 21 F
3-2-1 Kasumigaeski
Chiyoda-Ku, Tokyo
Japan
cgee@vedderprice.com
medelman@vedderprice.com

K&L Gates (Tokyo)
Toranomon Hills Mori Tower 28F
1-23-1 Toranomon, Minato-ku
Tokyo 105-6328 Japan
Attn: Joel N. Surendran, Esq.
Joel.surendran@klgates.com,
sebastian.smith@klgates.com

Mega International Commercial Bank, Co., Ltd.
Tokyo Branch
2-2-1 Marunouchi
Chiyoda-ku, Tokyo
Attn: Becky Yi Hung Lo
tkyln@megabank.com.tw;
cindylee@megabank.com.tw;
007595@megabank.com.tw;
manage@megabank.com.tw

Mizuho Leasing Company, Limited
Aviation Business Department
1-2-6 Tranomon, Minato-ku
Tokyo Japan
Attn: Yoshihiko Fujita
yoshihiko.fujita@mizuho-ls.co.jp

Norton Rose Fulbright Gaikokuho Jimu Bengoshi
Otemachi First Square, Ease Tower,
18th Floor, 1-5-1 Otemachi
Chiyoda-ku, Tokyo
100-0004  Japan
Tetsutaro.Kubo@nortonrosefulbright.com

Office of the United States Trustee, Region 2
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014
Attn: R. Morrissey, Esq. and M. Bruh, Esq.
Richard.Morrissey@usdoj.gov and Mark.Bruh@usdoj.gov

Quinn Emanuel Urquhart & Sullivan, LLP
Counsel for FitzWalter Capital Partners (Financial Trading)
51 Madison Avenue, 22nd Floor
New York, NY 10010
Attn: Benjamin I. Finestone, Esq.
Zachary R. Russell, Esq.
benjaminfinestone@quinnemanuel.com
zacharyrussell@quinnemanuel.com

Squire Patton Boggs (US) LLP
*Counsel for Mizuho Leasing Co., Ltd.*
2550 M Street, NW
Washington, DC 20037
Attn: Christopher J. Giaimo, Esq.
christopher.giaimo@squirepb.com

Sumitomo Mitsui Trust Bank,
Limited Acting In Its Capacity As Trustee For Trust No. 00011436
Structured Finance Department
1-4-1 Marunouchi
Chiyoda-ku, Tokyo JAPAN
Attn: Hitoshi Shinkai
Shinkai_Hiroshi@smtb.jp,
Dl_fi_sf@dl.dai-ichi-life.co.jp
Kawamoto071@daiichilife.com
Kitamura150@daiichilife.com
shisankin_jyutakukikaku@smtb.jp

The Korea Development Bank, Tokyo Branch
Project Finance Department III / Aviation Finance Team
14 Eunhaeng-ro, Yeongdeungpo-gu
Seoul  07242 Korea
Attn: Minjune Kim, Sujin Kim, Sungkil Kwon, Dongjin Park
kimminjune@kdb.co.kr
sujin@kdb.co.kr
skkwon@kdb.co.kr
pdj@kdb.co.kr

The Korea Development Bank, Tokyo Branch
Gran Tokyo North Tower 36F
1-9-1 Marunouchi
Chiyoda-ku, Tokyo
Attn: Jaehui Bae, Heegon Bang, Hanvit Kim
jhuibae@kdb.co.kr
gon@kdb.co.kr
hanvit_kim@kdb.co.kr

Vietnam Airlines JSC
200 Nguyen Son, Bo De Ward
Long Bien District
Hanoi City, Vietnam
Attn: Nguyen Chien Thang – EVP,
Huynh Thanh Lan - Invest Deputy Director
thangnguyenchien@vietnamairlines.com
lanhuynh@vietnamairlines.com

Vedder Price
Counsel for JP Lease Product & Services Co
1633 Broadway, 31st Floor
New York, NY 10019
Attn: Cameron Gee, Esq. and Michael Edelman, Esq.
cgee@vedderprice.com, medelman@vedderprice.com