TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Kyle J. Ortiz
Amanda C. Glaubach
Eitan E. Blander

*Proposed Counsel to the Debtors
and Debtors in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>JPA NO. 111 CO., LTD. and<br>JPA NO. 49 CO., LTD.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No.: 21-12075 (DSJ)<br><br>(Joint Administration Pending) |

**AFFIDAVIT OF SERVICE OF NOTICE OF HEARING AND DEBTORS' APPLICATION FOR ENTRY OF ORDERS: (I)(A) APPROVING BIDDING PROCEDURES RELATING TO THE SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS; (B) ESTABLISHING STALKING HORSE BIDDERS AND BID PROTECTIONS; (C) APPROVING PROCEDURES OF THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEPIRED LEASES; (D) AUTHORIZING ENFORCEMENT ACTIONS; (E) SCHEDULING AN AUCTION AND A SALE HEARING; AND (F) APPROVING THE FORM AND MANNER OF NOTICE THEREOF; AND (II)(A) APPROVING THE SALE OF THE PURCHASED ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, INTERESTS, AND <u>ENCUMBRANCES; AND (B) GRANTING RELATED RELIEF</u>**

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK )

      DAWN PERSON, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age and resides in Bedford Hills, New York.

      *On January 3, 2022, deponent served a copy of the Notice of Hearing and Debtors' Application for Entry of Orders: (I)(A) Approving Bidding Procedures Relating to the Sale of Substantially All of the Debtors' Assets; (B) Establishing Stalking Horse Bidders and Bid Protections; (C) Approving Procedures of the Assumption and Assignment of Certain Executory*

---

[1]    The Debtors in these Chapter 11 cases are: JPA No. 111 Co., Ltd. and JPA No. 49 Co., Ltd. The Debtors' corporate address is Kasumigaseki Common Gate West Tower, 3-2-1 Kasumigaseki, Chiyoda-Ku, Tokyo 100-0013.

*Contracts and Unexpired Leases; (D) Authorizing Enforcement Actions; (E) Scheduling an Auction and a Sale Hearing; and (F) Approving the Form and Manner of Notice thereof; and (II)(A) Approving the Sale of the Purchased Assets Free and Clear of All Liens, Claims, Interests, and Encumbrances; and (B) Granting Related Relief along with its underlying exhibits thereto [Docket No. 21]* upon the parties on the service list annexed hereto in the manner set forth, by depositing true copies of same enclosed in prepaid, properly addressed wrappers, in an official depository under the exclusive care and custody of: (i) FedEx International Priority; (ii) FedEx Priority overnight; and or (iii) by Priority First Class Express Mail.

*/s/Dawn Person*
DAWN PERSON

Sworn to before me this
3rd day of January 2022

*/s/Cynthia Juliano*
NOTARY PUBLIC

2

**SERVICE LIST FOR NOTICE OF HEARING AND DEBTORS'
APPLICATION FOR ENTRY OF ORDERS: (I)(A) APPROVING BIDDING
PROCEDURES RELATING TO THE SALE OF SUBSTANTIALLY ALL OF
THE DEBTORS' ASSETS; (B) ESTABLISHING STALKING HORSE
BIDDERS AND BID PROTECTIONS; (C) APPROVING PROCEDURES OF
THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY
CONTRACTS AND UNEPIRED LEASES; (D) AUTHORIZING
ENFORCEMENT ACTIONS; (E) SCHEDULING AN AUCTION AND A SALE
HEARING; AND (F) APPROVING THE FORM AND MANNER OF NOTICE
THEREOF; AND (II)(A) APPROVING THE SALE OF THE PURCHASED
ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, INTERESTS,
AND ENCUMBRANCES; AND (B) GRANTING RELATED RELIEF**

**By FedEx Priority and/or International Priority Overnight Mail**

Airborne Capital Limited
Level 6, Uchisaiwaicho Daibiru Building 3-3
Uchisaiwaicho 1-chome
Chiyoda-ku, Tokyo
100-0011 Japan

Airbus Americas Inc
2550 Wasser Terrace #9100
Herndon, VA 20171

Clifford Chance Pte Ltd.
Marina Bay Financial Centre
12 Marina Blvd, 25th Floor, Tower 3
018982 Singapore
Attn: Fergus Evans, Nattawat Vilasdechanon,
Chanuth Tansonboon

Clover Aviation Capital
2 Grand Canal Square
Grand Canal Harbour, Dublin 2
Ireland

Credit Agricole Corporate & Investment Bank
12 Place des Etats Unis
CS 70052, 92547
Montrouge Cedex, France
Attn: Francois Barbut, Structured Finance Agency & Middle Office

FitzWalter Capital Partners (Financial Trading) Limited
21 Bruton Street,
London W1J 6QD UK
Attn: Andrew Gray

Internal Revenue Service
2970 Market St.
Mail Stop 5-Q30-133
Philadelphia, PA 19104-5016

JP Lease Product & Services Co.
Kasumigaeski Common Gate  West Tower 21 F
3-2-1 Kasumigaeski
Chiyoda-Ku, Tokyo
Japan

JPLS Leasing Uranus Limited
Unit 10 and 11,
Cahir Road, Cashel, Co.
Tipperary, E25 WK16
Ireland

JLPS Leasing Draco Limited
Unit 10 and 11,
Cahir Road, Cashel, Co.
Tipperary, E25 WK16
Ireland

K&L Gates (Tokyo)
Toranomon Hills Mori Tower 28F
1-23-1 Toranomon, Minato-ku
Tokyo 105-6328 Japan
Attn: Joel N. Surendran, Esq.

Mega International Commercial Bank, Co., Ltd.
Tokyo Branch
2-2-1 Marunouchi
Chiyoda-ku, Tokyo
Attn: Becky Yi Hung Lo

Mizuho Leasing Company, Limited
Aviation Business Department
1-2-6 Tranomon, Minato-ku
Tokyo Japan
Attn: Yoshihiko Fujita

Mizuho Leasing
c/o Squire Patton Boggs (US) LLP
2550 M Street, NW
Washington DC 20037
Attn: Nava Hazan and Christopher J. Giaimo

Norton Rose Fulbright Gaikokuho Jimu Bengoshi
Otemachi First Square, Ease Tower,

18th Floor, 1-5-1 Otemachi
Chiyoda-ku, Tokyo
100-0004 Japan
Attn: Tetsutaro Kubo

Office of the United States Trustee, Region 2
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014
Attn: R. Morrissey, Esq. and M. Bruh, Esq.

Quinn Emanuel Urquhart & Sullivan, LLP
Counsel for FitzWalter Capital Partners (Financial Trading)
51 Madison Avenue, 22nd Floor
New York, NY 10010
Attn: Benjamin I. Finestone, Esq. and
Zachary R. Russell, Esq.

Rolls-Royce
Kings Place
90 York Way
London, N19FX
England

Squire Patton Boggs (US) LLP
*Counsel for Mizuho Leasing Co., Ltd.*
2550 M Street, NW
Washington, DC 20037
Attn: Christopher J. Giaimo, Esq.

Stratos Aeros
2 Chome-6-1 Otemache
Chiyoda-ku 100-0004
Tokyo, Japan

Sumitomo Mitsui Trust Bank,
Limited Acting In Its Capacity As Trustee For Trust No. 00011436
Structured Finance Department
1-4-1 Marunouchi
Chiyoda-ku, Tokyo JAPAN
Attn: Hitoshi Shinkai

The Korea Development Bank, Tokyo Branch
Project Finance Department III / Aviation Finance Team
14 Eunhaeng-ro, Yeongdeungpo-gu
Seoul 07242 Korea
Attn: Minjune Kim, Sujin Kim, Sungkil Kwon, Dongjin Park

The Korea Development Bank, Tokyo Branch
Gran Tokyo North Tower 36F
1-9-1 Marunouchi
Chiyoda-ku, Tokyo
Attn: Jaehui Bae, Heegon Bang, Hanvit Kim

Vietnam Airlines JSC
200 Nguyen Son, Bo De Ward
Long Bien District
Hanoi City, Vietnam
Attn: Nguyen Chien Thang – EVP,
Huynh Thanh Lan - Invest Deputy Director

Vedder Price
Counsel for JP Lease Product & Services Co
1633 Broadway, 31st Floor
New York, NY 10019
Attn: Cameron Gee, Esq. and Michael Edelman, Esq.

**By Priority First Class Express Mail**

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA  19101-7346