HEARING DATE: JANUARY 20, 2022

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| JPA NO. 111 CO., LTD., and | : | |
| JPA NO. 49 CO., LTD., | : | Case No. 21-12075 (DSJ) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |
| | : | |

**NOTICE OF HEARING ON MOTION OF FITZWALTER CAPITAL PARTNERS (FINANCIAL TRADING) LIMITED TO DISMISS OR ABSTAIN FROM HEARING THESE CHAPTER 11 CASES**

**PLEASE TAKE NOTICE** that on January 2, 2022, FitzWalter Capital Partners (Financial Trading) Limited ("**FWCP**") filed the Motion, Pursuant to 11 U.S.C. §§ 109, 1112(b) and 305(a) to Dismiss or Abstain from Hearing these Chapter 11 Cases (the "**Motion**").

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held before the Honorable David S. Jones, United States Bankruptcy Judge for the Southern District of New York, in the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), One Bowling Green, Courtroom 501, New York, New York 10004, on **January 20, 2022 at 2:00 p.m. (prevailing Eastern time)** (the "**Hearing**") or such other time as the Court may determine. In light of the COVID-19 pandemic, the Hearing shall take place via Zoom for Government. Those wishing to appear before the Bankruptcy Court at the Hearing must register their appearance by utilizing the Electronic Appearance portal located at the Bankruptcy Court's website: https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl. Appearances must be entered no later than **January 19, 2022 at 4:00 p.m. (Prevailing Eastern Time)**.

---

[1] The Debtors in these Chapter 11 cases are: JPA No. 111 Co., Ltd. and JPA No. 49 Co., Ltd. The Debtors' corporate address is: Kasumigaseki Common Gate West Tower, 3-2-1 Kasumigaseki, Chiyoda-Ku, Tokyo 100-0013.

1

HEARING DATE: JANUARY 20, 2022

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Motion (the "**Objections**") must be in writing, must conform to the Bankruptcy Rules and the Local Rules of the Bankruptcy Court for the Southern District of New York, must set forth the name of the objecting party, the basis for the Objection and the specific grounds therefore, and must be filed with the Bankruptcy Court no later than **4:00 p.m. (prevailing Eastern Time) on January 13, 2022** (the "**Objection Deadline**") with a courtesy copy to the Chambers of the Honorable David S. Jones by email: jones.chambers@nysb.uscourts.gov, United States Bankruptcy Court for the Southern District of New York.  Any Objection must further be served upon Quinn Emanuel Urquhart & Sullivan, LLP, 51 Madison Avenue, 22nd Floor, New York, New York 10010, Attn: Benjamin Finestone, Esq. and Zachary Russell, Esq., counsel to FWCP, so as to be received by no later than the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** that Gen. Ord. M-543, along with other temporary procedures implemented by the Bankruptcy Court in connection with the COVID-19 pandemic (including electronic filing procedures for pro se parties) can be found by visiting www.nysb.uscourts.gov (the "**Bankruptcy Court's Website**") and clicking on the "Coronavirus COVID-19 Protocol" banner.

**PLEASE TAKE FURTHER NOTICE** that a copy of the Motion can be viewed and/or obtained by: (i) accessing the Bankruptcy Court's Website for a fee, or (ii) contacting the Office of the Clerk of the United States Bankruptcy Court, Southern District of New York.  Please note that a PACER password is required to access documents on the Bankruptcy Court's Website.

**HEARING DATE: JANUARY 20, 2022**

Dated: January 4, 2022

/s/ *Benjamin I. Finestone*

QUINN EMANUEL URQUHART & SULLIVAN, LLP

Benjamin I. Finestone
Zachary R. Russell
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
benjaminfinestone@quinnemanuel.com
zacharyrussell@quinnemanuel.com

Justin C. Griffin (pro hac vice pending)
Eric Winston (pro hac vice pending)
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
justingriffin@quinnemanuel.com
ericwinston@quinnemanuel.com

Asher B. Griffin (pro hac vice pending)
300 West 6th Street, Suite 2010
Austin, TX 78710
Telephone: (737) 667-6100
Facsimile: (737) 667-6110
ashergriffin@quinnemanuel.com

*Counsel to FitzWalter Capital Partners (Financial Trading) Limited*