**Fill in this information to identify the case:**

Debtor name  JPA No. 111 Co., Ltd. and JPA No. 49 Co., Ltd.
United States Bankruptcy Court for the:  Southern  District of  New York
                                                                    (State)
Case number (If known):  21-12075 (DSJ)  (jointly administered)

☐ Check if this is an amended filing

# Official Form 204

Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the **3**0 Largest Unsecured Claims and Are Not Insiders                                                                                                                                             12/15

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | JP Lease Products & Services Co., Ltd. Kasumigaseeski Common Gate West Tower 21F 3-2-1 Kasumigaseeski Chiyoda-Ku, Tokyo Japan | Vedder Price 1633 Broadway, 31st Floor New York, New York 10019 cgee@vedderprice.com; medelman@vedderprice.com | Loan debt / rights under services agreement | | | | $1,461,803.24 |
| 2 | K&L Gates (Tokyo) Toranomon Hills Mori Tower 28F Toranomon, Minato-Ku, Tokyo Japan | Sebastian Smith +81 3.6205.3639 sebastian.smith@klgates.com | Professional Services | Contingent/ Unliquidated | | | $95,000 |
| 3 | Clover Aviation Capital Company Limited 2 Grand Canal Square, Grand Canal Harbour, Dublin 2, Ireland | Gareth Delany Executive Director / Chief Technical Officer gareth.delany@cloveraviationcapital.com | Indemnity rights under services agreements | Contingent/ Unliquidated | | | Unknown |
| 4 | Rolls-Royce SINB-63 PO Box 31 Moor Lane, Derb England  DE24 8BJ | Commercial Executive - Lessor Customer Team civilaerolegal@rolls-royce.com | Rights under purchase agreement | Contingent/ Unliquidated | | | Unknown |
| 5 | Stratos Aeros Rineanna House, Shannon, Co Clare Ireland | Gary Fitzgerald Chief Executive Officer gfitzgerald@stratos.aero | Indemnity rights under services agreements | Contingent/ Unliquidated | | | Unknown |
| 6 | Airbus S.A.S 2, rond-point Emile Dewoitine #31700  Blagnac France | Alain Vilanove Vice President, Contracts Delivery Fax:  +33 5 61 93 41 95 | Rights under purchase agreement | Contingent/ Unliquidated | | | Unknown |
| 7 | JLPS Leasing Uranus Limited Universal House, Shannon, Co Clare, V14 T21 Ireland | Contracts Department Irl-notices@jlps.co.jp | Rights under Head Lease | Contingent/ Unliquidated | | | Unknown |
| 8 | JLPS Leasing Draco Limited Universal House, Shannon, Co Clare, V14 T21 Ireland | Contracts Department Irl-notices@jlps.co.jp | Rights under Head Lease | Contingent/ Unliquidated | | | Unknown |

Debtor  JPA No. 111 Co., Ltd. and JPA No. 49 Co., Ltd    Case number *(if known)* 21-12075 (DSJ) (Jointly Administered)
        Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Vietnam Airlines 200 Nguyen Son, Bo De Ward Long Bien District, Hanoi City Vietnam | Nguyen Chien Thang - EVP thangnguyenchien@vietnamairlines.com  Huyn Thanh Lan - Invest Deputy Director lanhuynh@vietnamairlines.com | Rights under Lease | Contingent/ Unliquidated | | | Unknown |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims**    page 2

**Fill in this information to identify the case and this filing:**

Debtor Name __JPA No. 49 Co., Ltd. and JPA No. 111 Co., Ltd.__

United States Bankruptcy Court for the: _____Southern_____ District of __New York__
(State)

Case number (*If known*): 21-12075 (DSJ) and 21-12076 (DSJ)

---

Official Form 202

Declaration Under Penalty of Perjury for Non-Individual Debtors    **12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ❏ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ❏ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ❏ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ❏ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ❏ *Schedule H: Codebtors* (Official Form 206H)
- ❏ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ❏ Amended *Schedule* ____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ❏ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  1/7/2022
MM / DD / YYYY

✗ ____/s/ Teiji Ishikawa_____
Signature of individual signing on behalf of debtor

___Teiji Ishikawa_____
Printed name

___Representative Director_____
Position or relationship to debtor

Official Form 202    **Declaration Under Penalty of Perjury for Non-Individual Debtors**