TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Kyle J. Ortiz
Brian F. Shaughnessy
Amanda C. Glaubach
Eitan E. Blander

*Proposed Counsel to the Debtors
and Debtors in Possession*
`

CONFERENCE DATE: 1/18/2022 at 11:00 AM

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>JPA NO. 111 CO., LTD. and<br>JPA NO. 49 CO., LTD.,<br><br>Debtors. [1] | Chapter 11<br><br>Case No.: 21-12075 (DSJ)<br><br>(Jointly Administered)<br><br>**Related to Docket Nos. 21 and 22** |

## NOTICE OF DISCOVERY CONFERENCE

**PLEASE TAKE NOTICE** that a discovery conference has been scheduled for January 18, 2022 at 11:00 a.m. (Prevailing Eastern Time) in the above-captioned bankruptcy cases (the "Discovery Conference"), before the Honorable David S. Jones, United States Bankruptcy Judge for Southern District of New York, Courtroom 501, New York, New York, 10004, (the "Bankruptcy Court"), unless otherwise ordered by the Bankruptcy Court. In light of the COVID-19 pandemic, the Discovery Conference shall take place via Zoom for Government. Those wishing to appear before the Bankruptcy Court at the Discovery Conference must register their appearance by utilizing the Electronic Appearance portal located at the Bankruptcy Court's website: https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl.

---

[1] The Debtors in these Chapter 11 Cases are: JPA No. 111 Co., Ltd. and JPA No. 49 Co., Ltd. The Debtors' corporate address is Kasumigaseki Common Gate West Tower, 3-2-1 Kasumigaseki, Chiyoda-Ku, Tokyo 100-0013.

1

Appearances must be entered no later than **January 18, 2022, at 10:00 a.m. (Prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that Gen. Ord. M-543, along with other temporary procedures implemented by the Bankruptcy Court in connection with the COVID-19 pandemic (including electronic filing procedures for *pro se* parties) can be found by visiting www.nysb.uscourts.gov (the "Bankruptcy Court's Website) and clicking on the "Coronavirus COVID-19 Protocol" banner.

**PLEASE TAKE FURTHER NOTICE** that copies of the filed pleadings related to the matters scheduled to be discussed at the Discovery Conference can be viewed and/or obtained by: (i) accessing the Bankruptcy Court's Website for a fee, or (ii) contacting the Office of the Clerk of the United States Bankruptcy Court, Southern

*[Concluded on the following page]*

District of New York.  Please note that a PACER password is required to access documents on the Bankruptcy Court's Website.

Dated:  New York, New York
January 18, 2022

        JPA NO. 111 CO., LTD. and
JPA NO. 49 CO., LTD.
*Debtors and Debtors in Possession*
By their Proposed Counsel
TOGUT, SEGAL & SEGAL LLP
By:

*/s/Kyle J. Ortiz*
Kyle J. Ortiz
Brian F. Shaughnessy
Amanda C. Glaubach
Eitan E. Blander
One Penn Plaza, Suite 3335
New York, New York 10119
Telephone: (212) 594-5000