TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Kyle J. Ortiz
Amanda C. Glaubach
Eitan Blander

*Proposed Counsel to the Debtors
and Debtors in Possession*

HEARING DATE: 1/26/2022
RESCHEDULED TIME: 10:00 A.M.

`

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>JPA NO. 111 CO., LTD. and<br>JPA NO. 49 CO., LTD.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No.: 21-12075 (DSJ)<br><br>(Jointly Administered)<br><br>Related Docket Nos. 21 and 22 |

**NOTICE OF CHANGE OF HEARING DATE AND TIME FOR MATTERS
SCHEDULED TO BE HEARD ON JANUARY 20, 2022
(TO BE HELD VIA ZOOM FOR GOVERNMENT)**

**PLEASE TAKE NOTICE** that a previously scheduled hearing for January 20, 2022 at 10:00 a.m. in the above-captioned bankruptcy cases has been rescheduled to be heard on **January 26, 2022 at 10:00 a.m**. (Prevailing Eastern Time) (the "Rescheduled Hearing"), before the Honorable David S. Jones, United States Bankruptcy Judge for Southern District of New York, Courtroom 501, New York, New York, 10004, (the "Bankruptcy Court"), unless otherwise ordered by the Bankruptcy Court. In light of the COVID-19 pandemic, the Rescheduled Hearing shall take place via Zoom for Government. Those wishing to appear before the Bankruptcy Court at the Hearing must register their appearance by utilizing the

---

[1] The Debtors in these Chapter 11 Cases are: JPA No. 111 Co., Ltd. and JPA No. 49 Co., Ltd. The Debtors' corporate address is Kasumigaseki Common Gate West Tower, 3-2-1 Kasumigaseki, Chiyoda-Ku, Tokyo 100-0013.

1

Electronic Appearance portal located at the Bankruptcy Court's website: https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl. Appearances must be entered no later than **January 25, 2022, at 4:00 p.m. (Prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that Gen. Ord. M-543, along with other temporary procedures implemented by the Bankruptcy Court in connection with the COVID-19 pandemic (including electronic filing procedures for *pro se* parties) can be found by visiting www.nysb.uscourts.gov (the "Bankruptcy Court's Website) and clicking on the "Coronavirus COVID-19 Protocol" banner.

**PLEASE TAKE FURTHER NOTICE** that copies of the filed pleadings related to the matters scheduled to be heard at the Rescheduled Hearing can be viewed and/or obtained by: (i) accessing the Bankruptcy Court's Website for a fee, or (ii) contacting the Office of the Clerk of the United States Bankruptcy Court, Southern District of New York. Please note that a PACER password is required to access documents on the Bankruptcy Court's Website.

Dated: New York, New York
       January 19, 2022

JPA NO. 111 CO., LTD. and
JPA NO. 49 CO., LTD.
*Debtors and Debtors in Possession*
By their Proposed Counsel
TOGUT, SEGAL & SEGAL LLP
By:

/s/ *Kyle J. Ortiz*
Kyle J. Ortiz
Amanda C. Glaubach
Eitan E. Blander
One Penn Plaza, Suite 3335
New York, New York 10119
Telephone: (212) 594-5000

2