TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Kyle J. Ortiz
Bryan M. Kotliar
Eitan E. Blander

*Counsel to the Debtors
and Debtors in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: <br><br> JPA NO. 111 CO., LTD. and <br> JPA NO. 49 CO., LTD., <br><br> Debtors.[1] | Chapter 11 <br><br> Case No.: 21-12075 (DSJ) <br><br> (Jointly Administered) |

### NOTICE OF CANCELLATION OF HEARING FOR ALL MATTERS SCHEDULED TO BE HEARD ON FEBRUARY 15, 2022

**PLEASE TAKE NOTICE** that the hearing scheduled for **February 15, 2022 at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing") before the Honorable David S. Jones, United States Bankruptcy Judge for Southern District of New York, One Bowling Green, Courtroom 501, New York, New York 10004 has been cancelled. All matters previously scheduled for the Hearing have been approved by the Court. *See* Docket Nos. 110 & 111.

Dated: New York, New York
February 14, 2022

JPA NO. 111 CO., LTD. and
JPA NO. 49 CO., LTD.
*Debtors and Debtors in Possession*
By their Counsel
TOGUT, SEGAL & SEGAL LLP
By:

*/s/ Kyle J. Ortiz*
Kyle J. Ortiz
Bryan M. Kotliar
One Penn Plaza, Suite 3335
New York, New York 10119
Telephone: (212) 594-5000

---

[1] The Debtors in these Chapter 11 Cases are: JPA No. 111 Co., Ltd. and JPA No. 49 Co., Ltd. The Debtors' corporate address is Kasumigaseki Common Gate West Tower, 3-2-1 Kasumigaseki, Chiyoda-Ku, Tokyo 100-0013.