Sidney P. Levinson
Isabella M. Cusano
**DEBEVOISE & PLIMPTON LLP**
919 Third Avenue
New York, New York 10022
Telephone:    (212) 909-6000
Facsimile:    (212) 909-6836

*Counsel for JLPS Leasing Uranus Limited and*
*JLPS Leasing Draco Limited*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re | Chapter 11 |
| JPA NO. 111 CO., LTD., and JPA NO. 49 CO., LTD., | Case No. 21-12075 (DSJ) |
|  | (Jointly Administered) |
| Debtors.[1] |  |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that Debevoise & Plimpton LLP hereby enters its

appearance as counsel to JLPS Leasing Uranus Limited and JLPS Leasing Draco Limited

(together, the "**Lessors**"), pursuant to section 1109(b) of title 11 of the United States

Code (the "**Bankruptcy Code**") and Rule 9010(b) of the Federal Rules of Bankruptcy

Procedure (the "**Bankruptcy Rules**"), and respectfully requests, pursuant to Bankruptcy

Rules 2002, 3017(a) and 9007 and Bankruptcy Code sections 342 and 1109(b), Rule

9074-1(c) of the Local Bankruptcy Rules for the Southern District of New York, that

---

[1]    The Debtors in these Chapter 11 Cases are: JPA No. 111 Co., Ltd. and JPA No. 49 Co., Ltd.  The Debtors' corporate address is: Kasumigaseki Common Gate West Tower, 3-2-1 Kasumigaseki, Chiyoda-Ku, Tokyo 100-0013.

copies of all notices given or required to be given in the above-captioned cases (the

"**Chapter 11 Cases**") and all papers served or required to be served in these Chapter 11

Cases be given and served upon the following:

> Sidney P. Levinson
> Isabella M. Cusano
> **DEBEVOISE & PLIMPTON LLP**
> 919 Third Avenue
> New York, New York 10022
> Telephone:    (212) 909-6000
> Facsimile:    (212) 909-6836
> Email:        slevinson@debevoise.com
> Email:        imcusano@debevoise.com
>
> and
>
> Patrick Swain
> Hugo Farmer
> **DEBEVOISE & PLIMPTON LLP**
> 65 Gresham Street
> London EC2V 7NQ, United Kingdom
> Telephone:    +44 20 7786 9000
> Facsimile:    +44 20 7588 4180
> Email:        pswain@debevoise.com
> Email:        hfarmer@debevoise.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the

Bankruptcy Code and Bankruptcy Rule 3017(a), this request includes not only the notices

and papers referred to in the provision specified above, but also includes, without

limitation, any notice, motion, proposed order, petition, application, complaint, demand,

memorandum, declaration, presentment, order to show cause, affidavit, disclosure

statement, plan of reorganization, pleading or request, whether formal or informal,

whether written or oral, and whether transmitted or conveyed by mail, hand-delivery,

courier service, facsimile, telephone, electronic mail or otherwise, that is filed or given with regard to the Chapter 11 Cases.

**PLEASE TAKE FURTHER NOTICE** that neither this request nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed or construed to be a waiver of any substantive or procedural rights of Lessors, including, without limitation:  (i) to have final orders in non-core matters entered only after *de novo* review by the United States District Court for the Southern District of New York (the "**District Court**"); (ii) to have a trial by jury in any proceeding related to these Chapter 11 Cases or in any case, controversy or proceeding related to the Chapter 11 Cases, (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; and (iv) to have any other rights, claims, actions, setoffs, recoupments or defenses to which Lessors is or may be entitled under agreements, at law or in equity, all of which are expressly reserved.

*[Remainder of Page Left Intentionally Blank]*

**PLEASE TAKE FURTHER NOTICE** that the aforementioned attorneys request that they be added to the official service list for notice of all contested matters, adversary proceedings, and other proceeding in these Chapter 11 Cases.

Dated:  February 17, 2022
       New York, New York

DEBEVOISE & PLIMPTON LLP

*/s/ Sidney P. Levinson*
Sidney P. Levinson
Isabella M. Cusano
919 Third Avenue
New York, New York 10022
Telephone:    (212) 909-6000
Facsimile:    (212) 909-6836
Email:        slevinson@debevoise.com
Email:        imcusano@debevoise.com

*Counsel for JLPS Leasing Uranus Limited*
*and JLPS Leasing Draco Limited*

4