# UNITED STATES BANKRUPTCY COURT

SOUTHERN  DISTRICT OF  NEW YORK

In Re. JPA No. 111 Co., Ltd.

§
§
§
§

Debtor(s)

Case No.  21-12075

Lead Case No.  21-12075

☒ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 01/31/2022

Petition Date: 12/17/2021

Months Pending: 2

Industry Classification: | 4 | 8 | 1 | 1 |

Reporting Method:　　　　　　Accrual Basis ○　　　　Cash Basis ◉

Debtor's Full-Time Employees (current):　　　　　　　　　0

Debtor's Full-Time Employees (as of date of order for relief):　　　0

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒　　Statement of cash receipts and disbursements
☒　　Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☒　　Statement of operations (profit or loss statement)
☒　　Accounts receivable aging
☒　　Postpetition liabilities aging
☒　　Statement of capital assets
☒　　Schedule of payments to professionals
☒　　Schedule of payments to insiders
☒　　All bank statements and bank reconciliations for the reporting period
☒　　Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Kyle J. Ortiz
Signature of Responsible Party

02/17/2022
Date

Kyle J. Ortiz
Printed Name of Responsible Party

One Penn Plaza, Suite 3335, New York, NY 10119
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $153,379 | |
| b. Total receipts (net of transfers between accounts) | $0 | $0 |
| c. Total disbursements (net of transfers between accounts) | $126 | $126 |
| d. Cash balance end of month (a+b-c) | $153,253 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $126 | $126 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $8,152,147 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $3,936,817 |
| c. Inventory   (Book ○  Market ●  Other ○   (attach explanation)) | $0 |
| d Total current assets | $8,555,526 |
| e. Total assets | $126,840,426 |
| f. Postpetition payables (excluding taxes) | $0 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $0 |
| k. Prepetition secured debt | $103,757,464 |
| l. Prepetition priority debt | $0 |
| m. Prepetition unsecured debt | $1,093,264 |
| n. Total liabilities (debt) (j+k+l+m) | $104,850,728 |
| o. Ending equity/net worth (e-n) | $21,989,698 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $0 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. Gross profit (a-b) | $0 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $0 | |
| f. Other expenses | $0 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $0 | $0 |

**Part 5: Professional Fees and Expenses**

|   |   |   | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | $0 | $0 | $0 | $0 |
|   | *Itemized Breakdown by Firm* | | | | | |
|   | Firm Name | Role | | | | |
| i | Togut, Segal & Segal LLP | Lead Counsel | $0 | $0 | $0 | $0 |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xcix | | | | | | |
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

| **Part 6:  Postpetition Taxes** | **Current Month** | **Cumulative** |
|---|---|---|
| a.  Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b.  Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c.  Postpetition employer payroll taxes accrued | $0 | $0 |
| d.  Postpetition employer payroll taxes paid | $0 | $0 |
| e.  Postpetition property taxes paid | $0 | $0 |
| f.  Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g.  Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

a.  Were any payments made on prepetition debt?  (if yes, see Instructions)   Yes ○   No ◉

b.  Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)   Yes ○   No ◉

c.  Were any payments made to or on behalf of insiders?   Yes ○   No ◉

d.  Are you current on postpetition tax return filings?   Yes ◉   No ○

e.  Are you current on postpetition estimated tax payments?   Yes ◉   No ○

f.  Were all trust fund taxes remitted on a current basis?   Yes ◉   No ○

g.  Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)   Yes ○   No ◉

h.  Were all payments made to or on behalf of professionals approved by the court?   Yes ○   No ○   N/A ◉

i.  Do you have:        Worker's compensation insurance?   Yes ○   No ◉

        If yes, are your premiums current?   Yes ○   No ○   N/A ◉   (if no, see Instructions)

        Casualty/property insurance?   Yes ○   No ◉

        If yes, are your premiums current?   Yes ○   No ○   N/A ◉   (if no, see Instructions)

        General liability insurance?   Yes ○   No ◉

        If yes, are your premiums current?   Yes ○   No ○   N/A ◉   (if no, see Instructions)

j.  Has a plan of reorganization been filed with the court?   Yes ○   No ◉

k.  Has a disclosure statement been filed with the court?   Yes ○   No ◉

l.  Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?   Yes ◉   No ○

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ◉ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○  N/A ◉ |

**Privacy Act Statement**
28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6).  The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith.  This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records."  *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee.  11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**


/s/ Teiji Ishikawa
_____                    Teiji Ishikawa
Signature of Responsible Party                       _____
                                                     Printed Name of Responsible Party
Representative Director
_____                    02/17/2022
Title                                                _____
                                                     Date



PageOnePartOne



PageOnePartTwo



PageTwoPartOne



PageTwoPartTwo

Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100



PageThree



PageFour

## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS

(in USD)

| ACCOUNT NUMBER (LAST 4) | CA-CIB (Paris) (5547) Savings Account | SMBC (Akasaka) (8418) USD Fund Account | SMBC (Akasaka) (8059) JPY Account | SMBC (Akasaka) (8128) JPY Fund Account | Signature Bank (3209) | CURRENT MONTH ACTUAL (TOTAL OF ALL ACCOUNTS) |
|---|---|---|---|---|---|---|
| | | | BANK ACCOUNTS | | | |
| **CASH BEGINNING OF MONTH** | 0.01 | 112,672.66 | 2,882.91 | 37,823.11 | 0.00 | 153,378.69 |
| **RECEIPTS** | | | | | | |
| LEASE AND RENTAL INCOME | | | | | | 0.00 |
| ACCOUNTS RECEIVABLE - PREPETITION | | | | | | 0.00 |
| ACCOUNTS RECEIVABLE - POSTPETITION | | | | | | 0.00 |
| LOANS AND ADVANCES | | | | | | 0.00 |
| SALE OF ASSETS | | | | | | 0.00 |
| OTHER *(ATTACH LIST)* | | | | | | 0.00 |
| TRANSFERS *(FROM DIP ACCTS)* | | | | | | 153,252.65 | 153,252.65 |
| **TOTAL RECEIPTS** | 0.00 | 0.00 | 0.00 | 0.00 | 153,252.65 | 153,252.65 |
| **DISBURSEMENTS** | | | | | | |
| NET PAYROLL | | | | | | 0.00 |
| PAYROLL TAXES | | | | | | 0.00 |
| MANAGEMENT FEES | | | | | | 0.00 |
| SECURED/ RENTAL/ LEASES | | | | | | 0.00 |
| INSURANCE | | | | | | 0.00 |
| DEBT SERVICE | | | | | | 0.00 |
| ADMINISTRATIVE | | | | | | 0.00 |
| SELLING | | | | | | 0.00 |
| TRANSFERS *(TO DIP ACCTS)* | | (112,672.66) | (2,882.91) | (37,823.11) | | (153,378.68) |
| PROFESSIONAL FEES | | | | | | 0.00 |
| U.S. TRUSTEE QUARTERLY FEES | | | | | | 0.00 |
| COURT COSTS | | | | | | 0.00 |
| **TOTAL DISBURSEMENTS** | 0.00 | (112,672.66) | (2,882.91) | (37,823.11) | 0.00 | (153,378.68) |
| | | | | | | |
| **NET CASH FLOW** (RECEIPTS LESS DISBURSEMENTS) | 0.00 | (112,672.66) | (2,882.91) | (37,823.11) | 153,252.65 | (126.03) |
| | 0.00 | | | | | |
| **CASH – END OF MONTH** | 0.01 | 0.00 | 0.00 | 0.00 | 153,252.65 | 153,252.66 |

\* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

**THE FOLLOWING SECTION MUST BE COMPLETED**
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| | |
|---|---|
| **TOTAL DISBURSEMENTS** | 153,378.68 |
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | (153,378.68) |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | 0.00 |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | 0.00 |

## BALANCE SHEET

(in USD)

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE | |
|---|---|---|---|---|
| *CURRENT ASSETS* | | | | |
| Unrestricted Cash and Equivalents | 153,252.66 | 153,378.69 | 153,378.69 | |
| Restricted Cash and Cash Equivalents *(see continuation sheet)* | | | | |
| Accounts Receivable (Net) | 8,152,147.42 | 8,152,147.42 | 8,152,147.42 | |
| Inventories | | | | |
| Prepaid Expenses | | | | |
| Professional Retainers | 250,000.00 | 250,000.00 | 250,000.00 | |
| Other Current Assets *(attach schedule)* | | | | |
| *TOTAL CURRENT ASSETS* | 8,555,400.08 | 8,555,526.11 | 8,555,526.11 | |
| *PROPERTY & EQUIPMENT* | | | | |
| Real Property and Improvements | | | | Note: Capital assets are listed according to book value on this schedule pursuant to UST instructions for UST Form 11-MOR. However, the Debtor's machinery and equipment are valued according to market value on the UST Form 11-MOR itself, using the ASCEND full-life market valuation consistent with the Debtor's Schedule of Assets and Liabilities |
| Machinery and Equipment | 150,568,427.00 | 150,568,427.00 | 150,568,427.00 | |
| Furniture, Fixtures and Office Equipment | | | | |
| Leasehold Improvements | | | | |
| Vehicles | | | | |
| Less:   Accumulated Depreciation | (71,935,571.68) | (71,935,571.68) | (71,935,571.68) | |
| *TOTAL PROPERTY & EQUIPMENT* | 78,632,855.32 | 78,632,855.32 | 78,632,855.32 | |
| *OTHER ASSETS* | | | | |
| Amounts due from Insiders* | | | | |
| Other Assets *(attach schedule)* | 4,799.98 | 4,799.98 | 4,799.98 | Note: consumption tax refund |
| *TOTAL OTHER ASSETS* | 4,799.98 | 4,799.98 | 4,799.98 | |
| **TOTAL ASSETS** | 87,193,055.38 | 87,193,181.41 | 87,193,181.41 | |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| *LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)* | | | |
| Accounts Payable | | | |
| Taxes Payable *(refer to FORM MOR-4)* | | | |
| Wages Payable | | | |
| Notes Payable | | | |
| Rent / Leases - Building/Equipment | | | |
| Secured Debt / Adequate Protection Payments | | | |
| Professional Fees | | | |
| Amounts Due to Insiders* | | | |
| Other Post-petition Liabilities *(attach schedule)* | | | |
| *TOTAL POST-PETITION LIABILITIES* | 0.00 | 0.00 | 0.00 |
| *LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)* | | | |
| Secured Debt | 103,757,464.05 | 103,757,464.05 | 103,757,464.05 |
| Priority Debt | | | |
| Unsecured Debt | 1,093,263.88 | 1,093,263.88 | 1,093,263.88 |
| *TOTAL PRE-PETITION LIABILITIES* | 104,850,727.93 | 104,850,727.93 | 104,850,727.93 |
| **TOTAL LIABILITIES** | 104,850,727.93 | 104,850,727.93 | 104,850,727.93 |
| *OWNERS' EQUITY* | | | |
| Capital Stock | 2,634.35 | 2,634.35 | 2,634.35 |
| Additional Paid-In Capital | | | |
| Partners' Capital Account | | | |
| Owner's Equity Account | | | |
| Retained Earnings - Pre-Petition | (17,660,306.90) | (17,660,180.88) | (17,660,180.88) |
| Retained Earnings - Post-petition | | | |
| Adjustments to Owner Equity *(attach schedule)* | | | |
| Post-petition Contributions  *(attach schedule)* | | | |
| **NET OWNERS' EQUITY** | (17,657,672.55) | (17,657,546.52) | (17,657,546.52) |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | 87,193,055.38 | 87,193,181.41 | 87,193,181.41 |

*"Insider" is defined in 11 U.S.C. Section 101(31).

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| **Other Current Assets** | | | |
| Consumption tax refund | 4,799.98 | 4,799.98 | 4,799.98 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **Other Assets** | | | |
| State tax refunds FY2020 | | | |
| Loans to former employees - per Schedules and Statements | | | |
| | | | |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| **Other Post-petition Liabilities** | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **Adjustments to Owner's Equity** | | | |
| | | | |
| | | | |
| **Post-Petition Contributions** | | | |
| | | | |
| | | | |
| | | | |

## STATEMENT OF OPERATIONS (Income Statement)

(in USD)

| | MONTH | CUMULATIVE - FILING TO DATE | PRIOR MONTH CUMULATIVES |
|---|---|---|---|
| **REVENUES** | | | |
| Gross Revenues | | | |
| Less: Returns and Allowances | | | |
| *Net Sales* | 0.00 | 0.00 | 0.00 |
| **COST OF GOODS SOLD** | | | |
| Beginning Inventory | | | |
| Add: Purchases | | | |
| Add: Cost of Labor | | | |
| Add: Other Costs *(attach schedule)* | | | |
| Less: Ending Inventory | | | |
| *Cost of Goods Sold* | 0.00 | 0.00 | 0.00 |
| **Gross Profit** | 0.00 | 0.00 | 0.00 |
| **OPERATING EXPENSES** | | | |
| Advertising | | | |
| Auto and Truck Expense | | | |
| Bad Debts | | | |
| Contributions | | | |
| Employee Benefits Programs | | | |
| Officer/Insider Compensation* | | | |
| Insurance | | | |
| Management Fees/Bonuses | | | |
| Office Expense | | | |
| Pension & Profit-Sharing Plans | | | |
| Repairs and Maintenance | | | |
| Rent and Lease Expense | | | |
| Salaries/Commissions/Fees | | | |
| Supplies | | | |
| Taxes - Payroll | | | |
| Taxes - Real Estate | | | |
| Taxes - Other | | | |
| Travel and Entertainment | | | |
| Utilities | | | |
| Other *(attach schedule)* | | | |
| **Total Operating Expenses Before Depreciation** | 0.00 | 0.00 | 0.00 |
| Depreciation/Depletion/Amortization | | | |
| **Net Profit (Loss) Before Other Income & Expenses** | 0.00 | 0.00 | 0.00 |
| **OTHER INCOME AND EXPENSES** | | | |
| Other Income *(attach schedule)* | | | |
| Interest Expense | | | |
| Other Expense *(attach schedule)* | | | |
| **Net Profit (Loss) Before Reorganization Items** | 0.00 | 0.00 | 0.00 |

| REORGANIZATION ITEMS | | | |
|---|---|---|---|
| Professional Fees | | | |
| U. S. Trustee Quarterly Fees | | | |
| Interest Earned on Accumulated Cash from Chapter 11 *(see continuation* | | | |
| Gain (Loss) from Sale of Equipment | | | |
| Other Reorganization Expenses *(attach schedule)* | (126.03) | (126.03) | |
| **Total Reorganization Expenses** | **(126.03)** | **(126.03)** | **0.00** |
| Income Taxes | | | |
| **Net Profit (Loss)** | **(126.03)** | **(126.03)** | **0.00** |

*"Insider" is defined in 11 U.S.C. Section 101(31).

## BREAKDOWN OF "OTHER" CATEGORY

| OTHER COSTS | | | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

| OTHER OPERATIONAL EXPENSES | | | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

| OTHER INCOME | | | |
|---|---|---|---|
| | | | |
| | | | |

| OTHER EXPENSES | | | |
|---|---|---|---|
| | | | |
| | | | |

| OTHER REORGANIZATION EXPENSES | | | |
|---|---|---|---|
| Foreign exchange losses and bank remittance charge on fund transfers to the Signature Bank account | (126.03) | (126.03) | |
| | | | |
| | | | |

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

(in USD)

| Accounts Receivable Reconciliation | Amount |
|---|---:|
| Total Accounts Receivable at the beginning of the reporting period | 8,152,147.42 |
| Plus:  Amounts billed during the period | 0.00 |
| Less:  Amounts collected during the period | 0.00 |
| Total Accounts Receivable at the end of the reporting period | 8,152,147.42 |

| Accounts Receivable Aging | Amount |
|---|---:|
| 0-30 Days | 0.00 |
| 31-60 Days | 1,405,110.00 |
| 61-90 Days | 1,405,110.00 |
| 91+ Days | 5,341,927.42 |
| Total | 8,152,147.42 |

## TAXES RECONCILIATION AND AGING

| Taxes Payable | Amount |
|---|---:|
| 0-30 Days | |
| 31-60 Days | |
| 61-90 Days | |
| 91+ Days | |
| Total | 0.00 |

## STATUS OF POST-PETITION TAXES

(in USD)

|  | Beginning Tax | Amount Withheld and/or Accrued | Amount Paid | Date Paid | Check # or EFT | Ending Tax |
|---|---|---|---|---|---|---|
| FICA-Employee |  |  |  |  |  |  |
| FICA-Employer |  |  |  |  |  |  |
| Unemployment |  |  |  |  |  |  |
| Income |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| **Total Federal Taxes** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **State and Local** |  |  |  |  |  |  |
| Withholding |  |  |  |  |  |  |
| Sales |  |  |  |  |  |  |
| Excise |  |  |  |  |  |  |
| Unemployment |  |  |  |  |  |  |
| Real Property |  |  |  |  |  |  |
| Personal Property |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| **Total State and Local** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  |  |  |
| **Total Taxes** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

### SUMMARY OF UNPAID POST-PETITION DEBTS

|  | Number of Days Past Due | | | | | |
|---|---|---|---|---|---|---|
|  | Current | 0-30 | 31-60 | 61-90 | Over 91 | Total |
| Accounts Payable |  |  |  |  |  |  |
| Wages Payable |  |  |  |  |  |  |
| Taxes Payable |  |  |  |  |  |  |
| Rent/Leases-Building |  |  |  |  |  |  |
| Rent/Leases-Equipment |  |  |  |  |  |  |
| Secured Debt/Adequate |  |  |  |  |  |  |
| Professional Fees |  |  |  |  |  |  |
| Amounts Due to Insiders |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| **Total Post-petition Debts** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

**Explain how and when the Debtor intends to pay any past due post-petition debts.**

## PAYMENTS TO INSIDERS AND PROFESSIONALS

(in USD)

| INSIDERS | | | | |
|---|---|---|---|---|
| Name | TYPE OF PAYMENT | AMOUNT PAID | TOTAL PAID TO DATE | TOTAL PAID TO DATE - PRIOR PERIOD |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
| TOTAL PAYMENTS TO INSIDERS | | - | - | - |

| PROFESSIONALS | | | | | |
|---|---|---|---|---|---|
| NAME | DATE OF COURT ORDER AUTHORIZING PAYMENT | AMOUNT APPROVED | AMOUNT PAID | TOTAL PAID TO DATE | TOTAL INCURRED & UNPAID* |
| Togut Firm | N/A | N/A | - | - | - |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
| TOTAL PAYMENTS TO PROFESSIONALS | | | - | - | - |

* INCLUDE ALL FEES INCURRED, BOTH APPROVED AND UNAPPROVED

## POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| TOTAL PAYMENTS | |  |  |

## ASSETS SOLD OR TRANSFERRED

| | |
|---|:---:|
| Date of the sale or transfer: | **N/A** |
| Description of the asset sold or transferred: | **N/A** |
| Gross sales price: | **N/A** |
| Payments made from the sale proceeds to or by third parties, if any: | **N/A** |
| Net sale proceeds received on behalf of the estate: | **N/A** |



**SIGNATURE BANK**
565 Fifth Avenue, 12th Floor
New York, NY 10017

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

JPA NO 111 CO LTD DIP                    4-161
CASE# 21-12075
KASUMIGASEKI COMMON GATE WEST TOWER 21F
CHIYODA-KU, TOKYO  1000013      999

See Back for Important Information

Primary Account:          3209          0

IMPORTANT MESSAGE ABOUT IDENTITY THEFT! SIGNATURE BANK WILL NEVER
ASK YOU TO PROVIDE PERSONAL OR BUSINESS ACCOUNT INFORMATION THROUGH
E-MAIL. IF YOU RECEIVE ANY E-MAIL OR OTHER INQUIRY THAT APPEARS TO COME
FROM SIGNATURE, DO NOT RESPOND TO IT OR CLICK ON ANY LINKS INCLUDED IN
THE E-MAIL. INSTEAD, CALL US TOLL-FREE AT 1-866-SIGLINE OR CONTACT
YOUR ACCOUNT OFFICER. FOR MORE INFORMATION ON IDENTITY THEFT, VISIT
OUR WEBSITE AT WWW.SIGNATURENY.COM. CLICK ON "ABOUT US", "PRIVACY
& SECURITY", "IDENTITY THEFT" FOR MORE INFORMATION ON SAFEGUARDING YOUR
IDENTITY AND PERSONAL INFORMATION.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| 3209      BANKRUPTCY CHECKING | | .00 | 153,252.65 |
| RELATIONSHIP | TOTAL | | 153,252.65 |



**SIGNATURE BANK**
565 Fifth Avenue, 12th Floor
New York, NY 10017

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

JPA NO 111 CO LTD DIP                    4-161
CASE# 21-12075
KASUMIGASEKI COMMON GATE WEST TOWER 21F
CHIYODA-KU, TOKYO  1000013      999

See Back for Important Information

Primary Account:  ███3209              0

BANKRUPTCY CHECKING           ███3209

Summary

| | |
|---|---|
| Previous Balance as of February  01, 2022 | .00 |
| 2 Credits | 153,252.65 |
| Ending Balance as of   February  04, 2022 | 153,252.65 |

Deposits and Other Credits

Jan 26  INCOMING WIRE                                         40,594.99
        REF#  20220126B6B7261F00025501252211FT01
        FROM: JPA NO.111 CO.,LTD. ████████8128  ABA:  000000895
        BANK: SUMITOMO MITSUI BANKING CORPORAT
        OBI:  PURPOSE:FUND TRANSFER.
        OBI:
        OBI:

Jan 26  INCOMING WIRE                                        112,657.66
        REF#  20220126D6D7261F00025201252211FT0I
        FROM: JPA NO.111 CO.,LTD. ████████8418  ABA:  000000895
        BANK: SUMITOMO MITSUI BANKING CORPORAT
        OBI:  PURPOSE:FUND TRANSFER.
        OBI:
        OBI:

Daily Balances
Dec 31              .00             Jan 26       153,252.65



外貨普通預金通帳

店番号　　　口座番号

███████8418　ＪＰＡ第１１１号

株式会社　　様

SMBC
SUMITOMO
MITSUI
BANKING
CORPORATION

三井住友銀行

# 外貨普通預金
## FOREIGN CURRENCY ORDINARY DEPOSIT

| 月-日-年(西暦)<br>DATE | お引出し金額<br>WITHDRAWAL | お預入れ金額<br>DEPOSIT | 残高<br>BALANCE |
|---|---|---|---|
| 01-26-22 | *112,672.66 送金支払 | | *0.00 |





| 年月日(和暦) | 記号 | お引出し金額(円) | お預入れ金額(円) | 残 高(円) |
|---|---|---|---|---|
| 4--1-24 | 現金 | ＊328,306 | | ＊0＊ |



普通預金通帳

店番号　　　口座番号

8128　ＪＰＡ第１１１号　株式会社　様

ベトナムエア ファンドロ

SMBC
SUMITOMO
MITSUI
BANKING
CORPORATION

三井住友銀行

| 年月日(和暦) | 記号 | お引出し金額(円) | お預入れ金額(円) | 残　高(円) |
|---|---|---|---|---|
| 4--1-24 | 現金 | | *328,306 | *4,635,602* |
| 4--1-26 | 振替 | *4,627,102 外国関係 | | *8,500* |
| 4--1-28 | 振替 | *3,000 外国関係 | | *5,500* |
| 4--1-28 | 振替 | *5,500 外国関係 | | *0* |





# Account Reporting Transaction

from:01/01/2022
to:31/01/2022



| **Company:** JPA NO 111 CO LTD | **Currency:** USD | **Bank:** CA-CIB PARIS |
|---|---|---|
| **Account Name:** ████████ 5547 (USD) | | |
| **Date:** 14/02/2022 | **Booking Balance:** USD 0.01 | **Value-Dated Balance:** USD 0.01 |

| Ledger Date | Type | Type Desc. | Description | Debit | Credit | Value-Dated Balance | Booking Balance |
|---|---|---|---|---|---|---|---|
| 03/01/2022 | | Opening Balance | | | | | 0.01 |
| 04/01/2022 | | Opening Balance | | | | | 0.01 |
| 05/01/2022 | | Opening Balance | | | | | 0.01 |
| 06/01/2022 | | Opening Balance | | | | | 0.01 |
| 07/01/2022 | | Opening Balance | | | | | 0.01 |
| 10/01/2022 | | Opening Balance | | | | | 0.01 |
| 11/01/2022 | | Opening Balance | | | | | 0.01 |
| 12/01/2022 | | Opening Balance | | | | | 0.01 |
| 13/01/2022 | | Opening Balance | | | | | 0.01 |
| 14/01/2022 | | Opening Balance | | | | | 0.01 |
| 17/01/2022 | | Opening Balance | | | | | 0.01 |
| 18/01/2022 | | Opening Balance | | | | | 0.01 |
| 19/01/2022 | | Opening Balance | | | | | 0.01 |
| 20/01/2022 | | Opening Balance | | | | | 0.01 |
| 21/01/2022 | | Opening Balance | | | | | 0.01 |
| 24/01/2022 | | Opening Balance | | | | | 0.01 |
| 25/01/2022 | | Opening Balance | | | | | 0.01 |
| 26/01/2022 | | Opening Balance | | | | | 0.01 |
| 27/01/2022 | | Opening Balance | | | | | 0.01 |
| 28/01/2022 | | Opening Balance | | | | | 0.01 |
| 31/01/2022 | | Opening Balance | | | | | 0.01 |
| 31/01/2022 | | Closing Balance | | | | 0.01 | 0.01 |