# EXHIBIT "B"

# Exhibit B

## Excerpts of Relevant Definitions from Schedule 4 of the Proceeds Agreements[1]

**"Secured Obligations"** means any and all moneys, liabilities and obligations (whether actual or contingent, whether now existing or hereafter arising, whether or not for the payment of money, and including, without limitation, any obligation or liability to pay damages) from time to time owing to any of the Finance Parties by any Obligor pursuant to any Transaction Document, notwithstanding that the recourse of the Finance Parties against any person may be limited in recourse.

"**Anti-Social Forces**" means:

(a) an organised crime group (*boryokudan*) (as defined in the law relating to Prevention of Unjustifiable Acts by Organized Crime Group Members of Japan (Law No. 77 of 1991, as amended);

(b) a member of an organised crime group (*boryokudan in*);

(c) a person who used to be a member of an organised crime group but has only ceased to be a member of an organised crime group for a period of less than 5 years;

(d) a quasi-member of an organised crime group (*bouryokudan jun-kosei-in*) including individuals who are not members of an organised crime group and who may (x) imply its influence to engage in violent and unlawful activity, or (y) cooperate in the maintenance and operation of an organised crime group; (v) a related or associated company of an organised crime group (*bouryokudan kankei kigyo*);

(e) a related or associated company of an organised crime group (*bouryokudan kankei kigyo*);

(f) a corporate racketeer (*sokaiya*) or blackmailer advocating social cause (*shakaiundo tou hyoubou goro*) or a special intelligence organised crime group; or

(g) a member of any other criminal force similar or analogous to any of the foregoing in any jurisdiction.

"**Anti-Social Relationship**" means in relation to a person:

(a) an Anti-Social Forces controls its management;

(b) an Anti-Social Forces is substantively involved in its management;

---

[1] *Declaration of Andrew Gray*, filed January 2, 2022 [Docket No. 23] (the "Gray Decl.") Ex. 7, 14 (Proceeds Agreements), Sch. 4 (Master Definitions Schedule).

(c) it has entered into arrangements with an Anti-Social Forces for the purpose of, or which have the effect of, unfairly benefiting itself or a third party or prejudicing a third party;

(d) it is involved in the provision of funds or other benefits to an Anti-Social Forces; or

(e) any of its directors or any other person who is substantively involved in its management has a socially objectionable relationship with an Anti-Social Forces.

"**Anti-Social Conduct**" means

(a) a demand and conduct with force and arms;

(b) an unreasonable demand and conduct having no legal cause;

(c) threatening or committing violent behaviour relating to its business transactions;

(d) an action to defame the reputation or interfere with the business of any Finance Party by spreading rumour, using fraudulent means or resorting to force; or

(e) other actions similar or analogous to the foregoing in any jurisdiction.