TOGUT, SEGAL & SEGAL LLP                STATUS CONFERENCE: 3/14/2022 AT 11:00 A.M.
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Kyle J. Ortiz
Bryan M. Kotliar
Eitan E. Blander

*Counsel to the Debtors*
*and Debtors in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>JPA NO. 111 CO., LTD. and<br>JPA NO. 49 CO., LTD.,<br><br>Debtors. [1] | Chapter 11<br><br>Case No.:  21-12075 (DSJ)<br><br>(Jointly Administered) |

## NOTICE OF STATUS CONFERENCE
## SCHEDULED FOR MARCH 14, 2022 AT 11:00 AM

**PLEASE TAKE NOTICE** that a status conference (the "Status Conference") has been scheduled at the request of the Court and will be held on **March 14, 2022 at 11:00 a.m. (prevailing Eastern Time)** before the Honorable David S. Jones, United States Bankruptcy Judge for the Southern District of New York, One Bowling Green, New York, New York 10004.  In light of the COVID-19 pandemic, the Status Conference shall take place via Zoom for Government.  Those wishing to appear before the Bankruptcy Court at the Status Conference must register their appearance by utilizing the Electronic Appearance portal located at the Bankruptcy Court's website:

*[Concluded on the following page]*

---

[1]    The Debtors in these Chapter 11 Cases are:  JPA No. 111 Co., Ltd. and JPA No. 49 Co., Ltd.  The Debtors' corporate address is Kasumigaseki Common Gate West Tower, 3-2-1 Kasumigaseki, Chiyoda-Ku, Tokyo 100-0013.

https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl.  Appearances must be

entered no later than March 13, 2022, at 4:00 p.m. (**Prevailing Eastern Time**).

Dated:  March 1, 2022
        New York, New York

JPA NO. 111 CO., LTD. and
JPA NO. 49 CO., LTD.
*Debtors and Debtors in Possession*
By their Counsel
TOGUT, SEGAL & SEGAL LLP
By:

*/s/ Kyle J. Ortiz*
Kyle J. Ortiz
Bryan M. Kotliar
One Penn Plaza, Suite 3335
New York, New York 10119
Telephone: (212) 594-5000