**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| JPA NO. 111 CO., LTD., and | : | Case No. 21–12075 (DSJ) |
| JPA NO. 49 CO., LTD., | : |  |
|  | : | (Jointly Administered) |
| Debtors[1]. | : |  |
|  | : |  |

## FITZWALTER CAPITAL PARTNERS (FINANCIAL TRADING) LIMITED'S JOINDER TO OBJECTION AND RESERVATION OF RIGHTS OF JLPS LEASING URANUS LIMITED AND JLPS LEASING DRACO LIMITED TO PROPOSED ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS IN CONNECTION WITH PROPOSED SALE

---

[1]   The Debtors in these Chapter 11 cases are: JPA No. 111 Co., Ltd. and JPA No. 49 Co., Ltd.  The Debtors' corporate address is:  Kasumigaseki Common Gate West Tower, 3–2–1 Kasumigaseki, Chiyoda–Ku, Tokyo 100–0013.

FitzWalter Capital Partners (Financial Trading) Limited ("**FWCP**"), by and through its undersigned counsel, hereby files this joinder (the "**Joinder**") to the *Objection and Reservation of Rights of JLPS Leasing Uranus Limited and JLPS Leasing Draco Limited to Proposed Assumption and Assignment of Certain Executory Contracts in Connection with Proposed Sale* (Dkt. No. 139) (the "**Objection**").

By this Joinder, FWCP hereby joins in, adopts and incorporates by reference the Objection and all the arguments contained therein, [2] and requests that this Court deny the proposed assumption and assignment of the Assigned Contracts as requested by Debtors in connection with the proposed sale. *See Notice of Proposed Assumption and Assignment of Certain Executory Contract on Connection with Proposed Sale* (Dkt. No. 104) (the "**Notice of Proposed Assumption and Assignment**"). [3]

FWCP reserves its rights to make any additional arguments in support of the relief requested herein at the Sale Hearing currently scheduled to begin on March 14, 2022.

*[Remainder of page intentionally left blank]*

---

[2]  FWCP also incorporates by reference its arguments concerning the proposed assumption and assignment of the Assigned Contracts included in its *Preliminary Objection to Sale* (Dkt. No. 120).

[3]  Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Notice of Proposed Assumption and Assignment.

Dated: March 2, 2022

Respectfully submitted,

/s/ *Benjamin I. Finestone*

QUINN EMANUEL URQUHART &
SULLIVAN, LLP

Benjamin I. Finestone
Zachary Russell
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849–7000
Facsimile: (212) 849–7100
benjaminfinestone@quinnemanuel.com
zacharyrussell@quinnemanuel.com

Justin C. Griffin (pro hac vice admitted)
Eric Winston (pro hac vice admitted)
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443–3000
Facsimile: (213) 443–3100
justingriffin@quinnemanuel.com
ericwinston@quinnemanuel.com

Asher B. Griffin (pro hac vice admitted)
300 West 6th Street, Suite 2010
Austin, TX 78710
Telephone: (737) 667–6100
Facsimile: (737) 667–6110
ashergriffin@quinnemanuel.com

*Counsel to FitzWalter Capital Partners (Financial
Trading) Limited*