TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Frank A. Oswald
Kyle J. Ortiz
Bryan M. Kotliar
Eitan E. Blander

*Counsel to the Debtors
and Debtors in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| JPA NO. 111 CO., LTD. and JPA NO. 49 CO., LTD., | Case No.: 21-12075 (DSJ) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF CANCELLATION
OF AUCTION AND DESIGNATION OF STALKING HORSE BIDDER
AS SUCCESSFUL BIDDER PURSUANT TO REVISED STALKING HORSE BID**

**PLEASE TAKE NOTICE** that on February 7, 2022, the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") entered an order [Docket No. 102] (the "Bidding Procedures Order")[2] approving, among other things, bidding and sale procedures for the Debtors' proposed marketing and sale of their assets (the "Sale"), and the Stalking Horse Bid as a Qualified Bid.

**PLEASE TAKE FURTHER NOTICE** that the Debtors did not receive any Qualified Bids, other than the Stalking Horse Bid, by the Bid Deadline. Therefore, pursuant to the Bidding Procedures Order, (a) the Auction that was scheduled to commence on March 8, 2022 at 10:00 a.m. (prevailing Eastern Time) is hereby **CANCELLED**, and (b) the Stalking Horse Bidder is designated as the Successful Bidder pursuant to a revised Stalking Horse Bid that contains additional terms that are beneficial to the Debtors and their estates.

---

[1]  The Debtors in these Chapter 11 Cases are: JPA No. 111 Co., Ltd. and JPA No. 49 Co., Ltd. The Debtors' corporate address is: Kasumigaseki Common Gate West Tower, 3-2-1 Kasumigaseki, Chiyoda-Ku, Tokyo 100-0013.

[2]  Capitalized terms not otherwise defined herein have the meanings ascribed to such terms in the Bidding Procedures Order.

**PLEASE TAKE FURTHER NOTICE** that the Debtors intend to file a revised Stalking Horse Purchase Agreement (the "Revised Stalking Horse Purchase Agreement") consistent with the revised Stalking Horse Bid prior to the Sale Hearing.

**PLEASE TAKE FURTHER NOTICE** that the Debtors will seek entry of an order approving the Sale pursuant to the Revised Stalking Horse Purchase Agreement at the Sale Hearing that is currently scheduled to be held on **March 14, 2022 at 11:00 a.m. (prevailing Eastern Time)** before the Honorable David S. Jones, United States Bankruptcy Judge, at the Court, located at One Bowling Green, New York, New York 10004.

**PLEASE TAKE FURTHER NOTICE** that copies of the Bidding Procedures Order and all other documents and pleadings referenced in this notice or pertaining to these Chapter 11 Cases can be viewed and/or obtained by (i) accessing the Bankruptcy Court's website for a fee, or (ii) by contacting the Office of the Clerk of the Bankruptcy Court. Please note that a PACER password is required to access documents on the Bankruptcy Court's website.

Dated: March 8, 2022
New York, New York

JPA NO. 111 CO., LTD. and
JPA NO. 49 CO., LTD.
*Debtors and Debtors in Possession*
By their Counsel
TOGUT, SEGAL & SEGAL LLP
By:

/s/ *Kyle J. Ortiz*
Frank A. Oswald
Kyle J. Ortiz
Bryan M. Kotliar
Eitan E. Blander
One Penn Plaza, Suite 3335
New York, New York 10119
Telephone: (212) 594-5000

2