WHITE & CASE LLP
1221 Avenue of the Americas
New York, New York 10020
(212) 819-8200

Scott G. Greissman
Richard A. Graham

111 South Wacker Drive
Suite 5100
Chicago, IL 60606
(312) 881-5400

Jason N. Zakia (*pro hac vice* pending)

*Attorneys for Capitol Reef LLC and Isle Royale LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) |
| | ) |
| | ) Case No. 21-12075 (DSJ) |
| JPA No. 111 Co., Ltd., and | ) Case No. 21-12076 (DSJ) |
| JPA No. 49 Co., Ltd., | ) |
| | ) |
| Debtors. | ) Chapter 11 |
| | ) |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that White & Case LLP hereby appears in the above-captioned case pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rule"), as counsel for Capitol Reef LLC and Isle Royale LLC, in the above-captioned Chapter 11 cases, and requests, pursuant to Bankruptcy Rules 2002, 9007, and 9010 and sections 342 and 1109(b) of chapter 11, title 11 of the United States Code (the "Bankruptcy Code"), that all notices given or required to be given in this case and all papers served or required to be served in this case (including, without limitation, any contested matter or adversary proceeding) be given to and

served upon the undersigned at the following office addresses, telephone numbers and e-mail addresses:

>Scott G. Greissman
>Richard A. Graham
>WHITE & CASE LLP
>1221 Avenue of the Americas
>New York, New York 10020
>(212) 819-8200
>E-mail:  sgreissman@whitecase.com
>         rgraham@whitecase.com

>Jason N. Zakia
>WHITE & CASE LLP
>111 South Wacker Drive
>Suite 5100
>Chicago, Illinois 60606
>(312) 881-5400
>E-mail: jzakia@whitecase.com

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, facsimile transmission, e-mail or otherwise, which affect the Debtors or property of the Debtors.

This Notice of Appearance and Request for Service of Papers shall not be deemed to be a waiver of the rights of the Client or its members (1) to have final orders in non-core matters entered only after de novo review by a District Court Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (4) to any other rights, claims, actions, setoffs, or recoupments to which the Client is or may be entitled, in law or in equity, all of which rights, claims, actions, setoffs, and recoupments the Client

or its members expressly reserve, or (5) to any and all defenses or objections the Client or its members may have to any claims asserted against it in this action including, without limitation, any defense based on insufficient service of process, jurisdiction (including personal jurisdiction), or capacity to be sued. The undersigned certifies that the parties listed in the first paragraph are admitted to practice before this Court.

Dated: March 11, 2022
       New York, New York

Respectfully submitted,

WHITE & CASE LLP

By: /s/ Scott G. Greissman
Scott G. Greissman
Richard A. Graham

1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile: (212) 354-8113

Jason N. Zakia

111 South Wacker Drive
Suite 5100
Chicago, Illinois 60606
Telephone: (312) 881-5400
Facsimile: (312) 881-5450

E-mail address: sgreissman@whitecase.com
rgraham@whitecase.com
jzakia@whitecase.com

*Attorneys for Capitol Reef LLC and Isle Royale LLC*