WHITE & CASE LLP
1221 Avenue of the Americas
New York, New York 10020
(212) 819-8200

Scott G. Greissman
Richard A. Graham

111 South Wacker Drive
Suite 5100
Chicago, IL 60606
(312) 881-5400

Jason N. Zakia (*pro hac vice* pending)

*Attorneys for Capitol Reef LLC and Isle Royale LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | )<br>) |
| JPA No. 111 Co., Ltd., and<br>JPA No. 49 Co., Ltd., | ) Case No. 21-12075 (DSJ)<br>) Case No. 21-12076 (DSJ)<br>) |
| Debtors. | )<br>) Chapter 11<br>) |

### MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Jason N. Zakia, request admission in accordance with Local Bankruptcy Rule 2090 1(b), ***pro hac vice***, before the Honorable Judge David S. Jones to represent Capitol Reef LLC and Isle Royale LLC as creditors in the above-referenced Chapter 11 bankruptcy cases.

***I certify that I am a member in good standing*** of the Bars of the State of Florida and the State of Illinois. I have submitted the filing fee of $200.00 with this motion for pro hac vice admission.

Dated: March 11, 2022
      New York, New York

Respectfully submitted,

WHITE & CASE LLP

By: */s/ Jason N. Zakia*
Jason N. Zakia

WHITE & CASE LLP
111 South Wacker Drive
Suite 5100
Chicago, Illinois 60606
Telephone: (312) 881-5400
Facsimile: (312) 881-5450

E-mail address: jzakia@whitecase.com

*Attorneys for Capitol Reef LLC and Isle Royale LLC*