# EXHIBIT A
**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>JPA No. 111 Co., Ltd., and<br>JPA No. 49 Co., Ltd.,<br><br>     Debtors. | )<br>)<br>) Case No. 21-12075 (DSJ)<br>) Case No. 21-12076 (DSJ)<br>)<br>) Chapter 11<br>) |

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Jason N. Zakia to be admitted, *pro hac vice*, to represent Capitol Reef LLC and Isle Royale LLC in the above-referenced Chapter bankruptcy 11 cases and upon the movant's certification that the movant is a member in good standing of the Bar in the State of Florida, it is hereby

ORDERED, that Jason N. Zakia, Esq., is admitted to practice pro hac vice in the above referenced case to represent the Petitioner, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

3

Dated:            , 2022

New York, New York

_____

HONORABLE DAVID S. JONES
UNITED STATES BANKRUPTCY JUDGE
