TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Kyle J. Ortiz
Bryan M. Kotliar
Amanda C. Glaubach
Eitan E. Blander

*Counsel to the Debtors
and Debtors in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| JPA NO. 111 CO., LTD. and JPA NO. 49 CO., LTD., | Case No.: 21-12075 (DSJ) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF EXECUTORY CONTRACTS WHICH THE DEBTORS HAVE DETERMINED NOT TO ASSUME IN CONNECTION WITH PROPOSED SALE**

**PARTIES RECEIVING THIS NOTICE SHOULD LOCATE THEIR NAMES AND CONTRACTS IN EXHIBITS A AND B ATTACHED HERETO**

JPA No. 111 Co., Ltd. and JPA No. 49 Co., Ltd, as debtors and debtors in possession (the "Debtors") in the above-captioned cases (the "Chapter 11 Cases"), are seeking to sell substantially all of the Debtors' assets (together, and as more particularly described in the Stalking Horse Purchase Agreements (as defined below), the "Purchased Assets"), pursuant to a motion, dated December 31, 2021 [Docket No. 21] (the "Bidding Procedures and Sale Motion").

By order, dated February 4, 2022 [Docket No. 101] (as corrected by order dated February 7, 2022 [Docket No. 102], the "Bidding Procedures Order"), the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") approved certain bidding and sale procedures for the Debtors' proposed marketing and sale (the "Sale") of the Purchased Assets.

---

[1] The Debtors in these Chapter 11 Cases are: JPA No. 111 Co., Ltd. and JPA No. 49 Co., Ltd. The Debtors' corporate address is: Kasumigaseki Common Gate West Tower, 3-2-1 Kasumigaseki, Chiyoda-Ku, Tokyo 100-0013.

On February 9, 2022, the Debtors filed the *Notice of Proposed Assumption and Assignment of Certain Executory Contracts in Connection with Proposed Sale* (the "Cure Notice") [Docket No. 104] providing notice of certain executory contracts or unexpired leases of the Debtors that may be assumed and assigned in connection with the Sale.

The Debtors hereby provide notice that they have determined not to assume and assign those executory contracts or unexpired leases listed on **Exhibit A** attached hereto in connection with the Sale.

For the avoidance of doubt, any contracts or leases set forth on the Cure Notice that are not set forth on **Exhibit A** hereto will be assumed and assigned in connection with the Sale. For the sake of clarity, attached hereto as **Exhibit B** is a list of those contracts and leases. The Debtors reserve all rights, including to amend, supplement, or modify the lists attached hereto.

Copies of the Motion, the Bidding Procedures Order, and all other documents and pleadings referenced in this notice or pertaining to these Chapter 11 Cases can be viewed and/or obtained by (i) accessing the Bankruptcy Court's website for a fee, or (ii) by contacting the Office of the Clerk of the Bankruptcy Court. Please note that a PACER password is required to access documents on the Bankruptcy Court's website.

Dated: March 12, 2022
      New York New York

JPA NO. 111 CO., LTD. and
JPA NO. 49 CO., LTD.
*Debtors and Debtors in Possession*
By their Counsel
TOGUT, SEGAL & SEGAL LLP
By:

*/s/ Kyle J. Ortiz*
Kyle J. Ortiz
Bryan M. Kotliar
Amanda C. Glaubach
Eitan E. Blander
One Penn Plaza, Suite 3335
New York, New York 10119
Telephone: (212) 594-5000

2

# EXHIBIT "A"

<u>Exhibit A</u>

Contracts Determined Not to Be Assumed

| Counterparty | Debtor | Address | Contract Name | Date |
|---|---|---|---|---|
| JP Lease Products & Services Co., Ltd. | JPA 111 | Kasumigaseeki Common Gate, West Tower 21F 3-2-1 Kasumigaseeki, Chiyoda-Ku, Tokyo, Japan | Lease Management and Marketing Agreement | 11/20/18 |
| JP Lease Products & Services Co., Ltd. | JPA 49 | Kasumigaseeki Common Gate, West Tower 21F 3-2-1 Kasumigaseeki, Chiyoda-Ku, Tokyo, Japan | Lease Management and Marketing Agreement | 12/29/17 |
| Tokyo Sogo Accounting & Co. | JPA 111 | 7-20 Yaesu 1-chome Chuo-ku, Tokyo, Japan | Accounting Agreement | 12/15/17 |
| Tokyo Sogo Accounting & Co. | JPA 49 | 7-20 Yaesu 1-chome Chuo-ku, Tokyo, Japan | Accounting Agreement | 8/31/17 |

# EXHIBIT "B"

Exhibit B

Remaining Contracts

| Counterparty | Debtor | Address | Contract Name | Date |
|---|---|---|---|---|
| Airbus SAS. | JPA 111 | 1, rand-point Maurice Bellonte, 31707 Blagnac Cedex - France | Airframe Warranties Agreement In Respect Of One A350-900 XWB Aircraft Bearing Manufacturer's Serial Number 0067 | 12/26/16 |
| Airbus SAS. | JPA 49 | 1, rand-point Maurice Bellonte, 31707 Blagnac Cedex - France | Airframe Warranties Agreement In Respect Of One A350-941 Aircraft Bearing Manufacturer's Serial Number 173 | 12/29/17 |
| Credit Agricole Corporate and Investment Bank | JPA 111 | 12 Place des Etats Unis, CS 70052, 92547, Montrouge, Cedex, France | Engine Warranty Agreement | 11/21/18 |
| DAE Leasing (Ireland) 12 | JPA 111 | 29 Main Street, Cashel, Co. Tipperary E25 RF76, Ireland | Engine Warranty Agreement | 11/21/18 |
| DAE Leasing (Ireland) 12 Limited | JPA 111 | 29 Main Street, Cashel, Co. Tipperary E25 RF76 | Deed Of Security Agreement In Respect Of One (1) Airbus A350-900 Aircraft Bearing Manufacturer's Serial Number 67 | 11/21/18 |
| PAAL Uranus Company Limited | JPA 49 | 2 Grand Canal Square, Grand Canal, Harbour, Dublin 2, Ireland | Engine Warranty Agreement | 12/29/17 |
| PAAL Uranus Company Limited | JPA 49 | 2 Grand Canal Square, Grand Canal, Harbour, Dublin 2, Ireland | Deed Of Security Agreement In Respect Of One (1) Airbus A350-941 Aircraft Bearing Manufacturer's Serial Number 173 | 12/29/17 |
| Rolls-Royce Plc | JPA 111 | 62 Buckingham Gate, London, SW1E 6AT, England | Engine Warranty Agreement | 11/21/18 |
| Rolls-Royce Plc | JPA 49 | 62 Buckingham Gate, London, SW1E 6AT, England | Engine Warranty Agreement | 12/29/17 |
| Vietnam Airlines JSC | JPA 111 | 200 Nguyen Son, Bo De Ward, Long Bien District, Hanoi City, Vietnam | Engine Warranty Agreement | 11/21/18 |
| Vietnam Airlines JSC | JPA 49 | 200 Nguyen Son, Bo De Ward, Long Bien | Engine Warranty Agreement | 12/29/17 |