UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X

In re:                                                    Chapter 11

JPA NO. 111 CO., LTD., and JPA NO. 49 CO., LTD.,          Case No. 21-12075 (DSJ)
                                                          (Jointly Administered)

                              Debtors.
--------------------------------------------------------------------X

## ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF JASON N. ZAKIA

UPON the motion of Jason N. Zakia dated March 11, 2022, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that Jason N. Zakia is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:  New York, New York
        March 14, 2022

                                    s/ *David S. Jones*
                                    Honorable David S. Jones
                                    United States Bankruptcy Judge