UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>JPA NO. 111 CO., LTD. and<br>JPA NO. 49 CO., LTD.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No.: 21-12075 (DSJ)<br><br>(Jointly Administered) |

# MARCH 14, 2022 EXHIBIT APPENDIX

---

[1] The Debtors in these Chapter 11 Cases are: JPA No. 111 Co., Ltd. and JPA No. 49 Co., Ltd. The Debtors' corporate address is Kasumigaseki Common Gate West Tower, 3-2-1 Kasumigaseki, Chiyoda-Ku, Tokyo 100-0013, JAPAN.

MARCH 14, 2022 AMENDED EXHIBIT APPENDIX

*In re: JPA No. 111 Co., Ltd.*, Case No. 21-12075 (DSJ) (Jointly Administered)

| Tab | Other ID | Description |
|---|---|---|
| 1 | Dkt. No. 23, Gray Decl. | Declaration of Andrew Gray |
| 2 | Gray Decl. Ex. 1 | JPA 49 Lease Management and Marketing Agreement for MSN173.pdf |
| 3 | Gray Decl. Ex. 2 | Ping & JP Lease Management and Remarketing Agreement for MSN 173.pdf |
| 4 | Gray Decl. Ex. 3 | JPA 111 Lease Management and Marketing Agreement for MSN 67.pdf |
| 5 | Gray Decl. Ex. 4 | Service Agreement -Stratos - Aeros -for MSN 67.pdf |
| 6 | Gray Decl. Ex. 5 | JPA 49 Facility Agreement for MSN 173.pdf |
| 7 | Gray Decl. Ex. 6 | JPA 49 Junior Facility Agreement for MSN 173.pdf |
| 8 | Gray Decl. Ex. 7 | JPA 49 Proceeds Agreement for MSN 173.pdf |
| 9 | Gray Decl. Ex. 8 | JPA 49 Proceeds Agreement Accession Undertaking MSN 173.pdf |
| 10 | Gray Decl. Ex. 9 | JPA 49 Intermediate Lessor Security Agreement.pdf |
| 11 | Gray Decl. Ex. 10 | JPA 49 Borrower Security Agreement for MSN 173 - CACIB.pdf |
| 12 | Gray Decl. Ex. 11 | JPA 49 Aircraft Mortgage and Security Agreement for MSN 173.pdf |
| 13 | Gray Decl. Ex. 12 | JPA 111 Senior Facility Agreement for MSN 67.pdf |
| 14 | Gray Decl. Ex. 13 | JPA 111 Junior Facility Agreement for MSN 67.pdf |
| 15 | Gray Decl. Ex. 14 | JPA 111 Proceeds Agreement for MSN 67.pdf |
| 16 | Gray Decl. Ex. 15 | JPA 111 Proceeds Agreement Accession Undertaking - CACIB & FitzWalter.pdf |
| 17 | Gray Decl. Ex. 16 | JPA 111 Intermediate Lessor Security Agreement.pdf |
| 18 | Gray Decl. Ex. 17 | JPA 111 Borrower Security Agreement for MSN 67 - CACIB.pdf |

| Tab | Other ID | Description |
|---|---|---|
| 19 | Gray Decl. Ex. 18 | JPA 111 Aircraft Mortgage and Security Agreement for MSN 67.pdf |
| 20 | Gray Decl. Ex. 19 | JPA 49 Deferral Agreement for MSN 173.pdf |
| 21 | Gray Decl. Ex. 20 | JPA 111 Deferral Agreement for MSN 67.pdf |
| 22 | Gray Decl. Ex. 21 | JPA 49 Head Lease Amendment Deed for MSN 173.pdf |
| 23 | Gray Decl. Ex. 22 | JPA 49 Facility Agreement Side Letter Relating to MSN 173.pdf |
| 24 | Gray Decl. Ex. 23 | JPA 111 Head Lease Amendment Deed for MSN 67.pdf |
| 25 | Gray Decl. Ex. 24 | JPA 111 Facility Agreement Side Letter Relating to MSN 67.pdf |
| 26 | Gray Decl. Ex. 25 | Second Deferral Agreement MSN 173.pdf |
| 27 | Gray Decl. Ex. 26 | Head Lease Amendment Deed No. 2 for MSN 173.pdf |
| 28 | Gray Decl. Ex. 27 | Second Deferral Agreement MSN 67.pdf |
| 29 | Gray Decl. Ex. 28 | Head Lease Amendment Deed No. 2 for MSN 67.pdf |
| 30 | Gray Decl. Ex. 29 | Second Facility Agreement Side Letter Relating to MSN 173.pdf |
| 31 | Gray Decl. Ex. 30 | Second Facility Agreement Side Letter Relating to MSN 67.pdf |
| 32 | Gray Decl. Ex. 31 | Lease and Head Lease Agreement Termination Notice MSN 173.pdf |
| 33 | Gray Decl. Ex. 32 | Lease and Head Lease Agreement Termination Notice MSN 67.pdf |
| 34 | Gray Decl. Ex. 33 | JPA 49 Notice of Resignation MSN 173.pdf |
| 35 | Gray Decl. Ex. 34 | JPA 111 Notice of Resignation MSN 67.pdf |
| 36 | Gray Decl. Ex. 35 | Notice of Resignation and Appointment of Borrower.pdf |
| 37 | Gray Decl. Ex. 36 | Notice of Resignation and Appointment of Borrower.pdf |
| 38 | Dkt. 80 | Supplemental Gray Declaration |
| 39 | Supp. Gray Decl. Ex. 1 | JPA 111 Enforcement Notice MSN 67.pdf |
| 40 | Supp. Gray Decl. Ex. 2 | JPA 49 Enforcement Notice MSN 173.pdf |

| Tab | Other ID | Description |
|---|---|---|
| 41 | Supp. Gray Decl. Ex. 3 | JPA 111 Notice and Acknowledgment of Security Assignments for MSN 67.pdf |
| 42 | Supp. Gray Decl. Ex. 4 | JPA 49 Notice and Acknowledgment of Security Assignments for MSN 173.pdf |
| 43 | Supp. Gray Decl. Ex. 5 | Claim Form UK - FitzWalter Claimant - JP Lease & Loechteken Defendants.pdf |
| 44 | Supp. Gray Decl. Ex. 6 | 2022.01.21 QE Letter re expenditures and faith.pdf |
| 45 | Finestone Decl. Ex. 2 | JPA 49 Head Lease Agreement.pdf |
| 46 | Finestone Decl. Ex. 3 | JPA 111 Head Lease Agreement.pdf |
| 47 | Dkt. 6 | JPA 49 Schedules of Assets and Liabilities.pdf |
| 48 | Dkt. 7 | JPA 49 Statement of Financial Affairs.pdf |
| 49 | Dkt. 19 | JPA 111 Schedule of Assets and Liabilities - 21-12075.pdf |
| 50 | Dkt. 20 | JPA 111 Statement of Financial Affairs - 21-12075.pdf |
| 51 | Dkt. 21 | Motion to Approve Debtors Bid Procedures.pdf |
| 52 | Dkt. 21-1 | Bidding Procedures Order.pdf |
| 53 | Dkt. 21-2 | Sale Notice.pdf |
| 54 | Dkt. 21-3 | Stalking Horse Term Sheet.pdf |
| 55 | Dkt. 21-4 | Exh. C Sale Order.pdf |
| 56 | Dkt. 21-5 | Exh. D Cure Notice.pdf |
| 57 | Dkt. 21-6 | Hearing Notice of Debtors Application for Entry of Orders_Ex 6.pdf |
| 58 | Dkt. 44 | Loechteken Declaration.pdf |
| 59 | Dkt. 53-1 | Loecheteken Declaration.pdf |
| 60 | Dkt. 58 | Notice of Filing of Exhibits for Debtors Motion for Entry of Orders.pdf |
| 61 | Dkt. 58-1 | Revised Sale Notice.pdf |
| 62 | Dkt. 58-2 | Redline of Sale Notice.pdf |
| 63 | Dkt. 58-3 | Enforcement Notice.pdf |
| 64 | Dkt. 58-4 | Sale Order.pdf |
| 65 | Dkt. 58-5 | Stalking Horse Purchase Agreement.pdf |
| 66 | Dkt. 77 | NOF Revised Exhibits of Debtors App.pdf |

| **Tab** | **Other ID** | **Description** |
|---|---|---|
| 67 | Dkt. 78 | Loechteken Supplemental Declaration.pdf |
| 68 | Dkt. 79 | Shah Declaration w Exhibits.pdf |
| 69 | Dkt. 80 | Andrew Gray Supplemental Declaration with Exhibits.pdf |
| 70 | JPA111-00000075_CONFIDENTIAL.pdf | December 2, 2021 email exchange between Mr. Loechteken and Valérie Itié-Polese (Airbus). |
| 71 | JPA111-00000076_CONFIDENTIAL.pdf | December 3-7, 2021 email exchange between Mr. Butler and Mr. Loechteken and Marijn Kappen (Valkyrie BTO Aviation). |
| 72 | JPA111-00000096_CONFIDENTIAL.pdf | December 14, 2021 email exchange between Mr. Loechteken and Francois Collet (Airbus). |
| 73 | JPA111-00000107_CONFIDENTIAL.pdf | December 15, 2021 email exchange between Mr. Kappen and Mr. Loechteken. |
| 74 | JPA111-00000129_CONFIDENTIAL.pdf | December 16, 2021 Letter of Intent Between SVPGlobal and Debtors. |
| 75 | JPA111-00000150_CONFIDENTIAL.pdf | December 15, 2021 Notice of Disposition of Collateral of VietJet Aviation. |
| 76 | JPA111-00000157_CONFIDENTIAL.pdf | December 16, 2021 email from Loechteken (JLPS) to Steve Zissis. |
| 77 | JPA111-00000163_CONFIDENTIAL.pdf | December 16, 2021 email from Mr. Loechteken to Francois Collet & Paul Meijers (Airbus). |
| 78 | JPA111-00000173_CONFIDENTIAL.pdf | December 14, 2021 email exchange between Frederic Mireur (JPLS) and Jennifer Villa (Ashland). |
| 79 | JPA111-00000188_CONFIDENTIAL.pdf | December 14, 2021 email exchange between Mr. Mireur) and Axel Hammar (AV Finnair). |
| 80 | JPA111-00000248_CONFIDENTIAL.pdf | December 15, 2021 email exchange between Mr. Mireur and Mr. Kurbari (Novus). |
| 81 | JPA111-00000476_CONFIDENTIAL.pdf | December 23, 2021 email exchange between Michael Edelman and Richard Graham |
| 82 | 2022.01.23 Deposition Transcript Loechteken.pdf | 2022.01.23 Deposition Transcript Loechteken.pdf |

| Tab | Other ID | Description |
|---|---|---|
| 83 | 2022.01.25 Deposition Transcript Shah.pdf | 2022.01.25 Deposition Transcript Shah.pdf |
| 84 | 2022.01.25 Deposition Transcript Tregear.pdf | 2022.01.25 Deposition Transcript Tregear.pdf |
| 85 | Finestone Decl. Ex. 4 | JPA 49 Aircraft Lease Agreement for MSN 173 |
| 86 | Finestone Decl. Ex. 5 | JPA 111 Aircraft Lease Agreement for MSN 67 |
| 87 | Dkt. No. 53 | 2022.01.13 Debtors' Objection to FitzWalter's Motion to Dismiss |
| 88 | Dkt. No. 53-3; Ex. C | Letter from Quinn Emanuel dated Jan. 11, 2022 |
| 89 | Dkt. No. 53-4; Ex. D | Copies of Debtors' English Authorities |
| 90 | Dkt. No. 68 | 2022.01.18 Debtors' Reply in Further Support of Bidding Procedures Motion |
| 91 | Dkt. No. 68-1; Ex. A | Tregear QC Declaration and Opinion |
| 92 | Dkt. No. 75-2; Ortiz Decl. Ex. B-1A | TSS Executed Engagement Letter – JPA49 |
| 93 | Dkt. No. 75-2; Ortiz Decl. Ex. B-1B | TSS Executed Engagement Letter – JPA111 |
| 94 | Dkt. No. 78-1; Supp. Loechteken Decl. Ex. A | Procedures for the Sale of Relevant Assigned Property relating to two Airbus A350 Aircraft |
| 95 | Dkt. No. 78-2; Supp. Loechteken Decl. Ex. B | Form of Non-Disclosure Agreement |
| 96 | NOTIFICATION OF SECURITY AGENT'S MANAGEMENT TIME - MSN 67.pdf | Notification Of Security Agent's Management Time dated Jan. 21, 2022 - MSN 67 |
| 97 | NOTIFICATION OF SECURITY AGENT'S MANAGEMENT TIME - MSN 173.pdf | Notification Of Security Agent's Management Time dated Jan. 21, 2022 - MSN 173 |
| 98 | Citibank Funds Transfer Confirmation.pdf | 2022.12.15 – Togut Citibank New York Funds Transfer Confirmation |
| 99 | JPA111-00000053_CONFIDENTIAL | December 13/14 email exchange between Mike Butler and Jocelyn Noel (Airborne) |
| 100 | JPA111-00000122_CONFIDENTIAL | December 15, 2021 email exchange between Mr. Mireur and Ms. Villa |
| 101 | JPA111-00000145_CONFIDENTIAL | December 16, 2021 email exchange between Mr. Mireur and Ms. Villa |

| Tab | Other ID | Description |
|---|---|---|
| 102 | JPA111-00000128_CONFIDENTIAL | December 16, 2021 email exchange between Mr. Loechteken and Mr. Graham |
| 103 | Dkt. No. 53-2; Ex. B | Remittance Payment Report |
| 104 | Dkt 130-1 Omnibus Reply, Ex. A | Declaration of Francis Tregear, dated February 23, 2022 |
| 105 | Dkt. No. 131-1 - Borriello Omni Reply Decl., Ex. 1 | Togut Letter to Debevoise & Plimpton LLP re Fiduciary Duties Under Appliable Law, dated February 21, 2022 |
| 106 | Dkt. No. 131-2 - Borriello Omni Reply Decl., Ex. 2 | February 8, 2022 English Lawsuit Particulars of Claim |
| 107 | Dkt. No. 131-5 - Borriello Omni Reply Decl., Ex. 5 | Sumitomo Mitsui Trust Bank, Limited Response to Letter "Notification in Respect of Security Agent's Management Time", dated February 17, 2022 |
| 108 | Dkt. No. 137-1 - Borriello Estimatiton Decl. Ex. 1 | Borrower Parent Support Letter regarding MSN 067, dated November 6, 2018 |
| 109 | Dkt. No. 137-2 - Borriello Estimation Decl. Ex. 2 | Borrower Parent Support Letter regarding MSN 173, dated December 22, 2017 |
| 110 | Dkt. No. 137-3 - Borriello Estimation Decl. Ex. 3 | Intermediate Lessor Parent Letter regarding MSN 067, dated November 6, 2018 |
| 111 | Dkt. No. 137-4 - Borriello Estimation Decl. Ex. 4 | Intermediate Parent Letter regarding MSN 173, dated December 22, 2017 |
| 112 | Dkt. No. 137-5 - Borriello Estimation Decl. Ex. 5 | Wall Street Journal Notice |
| 113 | Dkt. No. 137-6 - Borriello Estimatiton Decl. Ex. 6 | February 28, 2022 Quinn Emanuel Letter to Togut re Response to Request for Accounting |
| 114 | January 26, 2022 Hearing Transcript | January 26, 2022 Hearing Transcript. |
| 115 | Dkt. No. 152-1 - Gray Declaration | March 9, 2020 Gray Declaration |
| 116 | Dkt. No. 152-2 - Shah 506/502 Declaration & Reply Opinion | March 9, 2020 Shah Declaration & Reply Opinion |
| 117 | Dkt. No. 121-1 Russell Declaration Exh. 1 | November 6, 2018 - 067 Borrower Parent Ltr |
| 118 | Dkt. No. 121-2 Russell Declaration Exh. 2 | December 22, 2017 - 173 Borrower Parent Ltr |
| 119 | Dkt. No. 121-3 Russell Declaration Exh. 3 | November 6, 2018 - 067 Intermediate Lessor Parent Ltr |

| Tab | Other ID | Description |
|---|---|---|
| 120 | Dkt. No. 121-4 Russell Declaration Exh. 4 | December 22, 2017 - 173 Intermediate Lessor Parent Ltr |
| 121 | Dkt. No. 121-5 Russell Declaration Exh. 5 | December 29, 2017 Airframe Warranty Agmt 173 |
| 122 | Dkt. No. 121-6 Russell Declaration Exh. 6 | December 28, 2016 Airframe Warranty Agmt 067 |
| 123 | Dkt. No. 121-7 Russell Declaration Exh. 7 | February 26, 2018 Engine Warranty Agmt 173 |
| 124 | Dkt. No. 121-8 Russell Declaration Exh. 8 | February 4, 2022 341 Meeting Transcript |
| 125 | Chart of Records Reflecting FWC's Management Time | FitzWalter Capital Partners Chart of Records |
| 126 | FWCP 0000142-FWCP0000162 | FWC - Airborne Capital Limited Remarketing Agreement |
| 127 | Dkt No. 154-1 - 502-506 Tregear Supplemental Opinion | March 11, 2022 Tregear Opinion. |
| 128 | February 4, 2022 Hearing Transcript | February 4, 2022 - Hearing Transcript. |
| 129 | Dkt No. 160 Heinrich Loechteken Declaration | March 11, 2022 Heinrich Loechteken Declaration |