Sidney P. Levinson
Isabella M. Cusano
**DEBEVOISE & PLIMPTON LLP**
919 Third Avenue
New York, New York 10022
Telephone:     (212) 909-6000
Facsimile:     (212) 909-6836

*Counsel for JLPS Leasing Uranus Limited and*
*JLPS Leasing Draco Limited*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| JPA NO. 111 CO., LTD., and JPA NO. 49 CO., LTD., | Case No. 21-12075 (DSJ) |
| Debtors.[1] | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                                              ss.:
COUNTY OF NEW YORK   )

  I, Kimberly Hollingsworth, being duly sworn, depose and say that I am over eighteen (18) years of age and am not a party to the above-captioned proceeding.  I am employed by Debevoise & Plimpton LLP.

  On the 18th of March 2022, I caused true and correct copies of the following documents to be served via Electronic Mail upon the service list attached hereto as **Exhibit A**:

---

[1] The Debtors in these Chapter 11 Cases are: JPA No. 111 Co., Ltd. and JPA No. 49 Co., Ltd.  The Debtors' corporate address is: Kasumigaseki Common Gate West Tower, 3-2-1 Kasumigaseki, Chiyoda-Ku, Tokyo 100-0013.

- *Response of JLPS Leasing Uranus Limited and JLPS Leasing Draco Limited to Proposed Stipulation and Agreed Order* [ECF No. 174]

- *Second Supplemental Declaration of Sidney P. Levinson in Support of Response of JLPS Leasing Uranus Limited and JLPS Leasing Draco Limited to Proposed Stipulation and Agreed Order* [ECF No. 175]

_____
Kimberly Hollingsworth

Sworn to before me
this 22nd day of March, 2022

_____
Notary Public

KAREN GRECO
Notary Public, State of New York
No. 01GR4998275
Qualified in Queens County
Commission Expires June 22, 2022

# EXHIBIT A

21-12075-dsj Doc 176 Filed 03/22/22 Entered 03/22/22 16:38:23 Main Document Pg 3 of 4

## SERVICE LIST

**Via Electronic Mail**

| NAME | EMAIL ADDRESS(ES) |
|---|---|
| Togut, Segal & Segal LLP (Debtors' Counsel) Attn: Frank A. Oswald, Esq. Kyle J. Ortiz, Esq. | frankoswald@teamtogut.com; kortiz@teamtogut.com |
| Counsel to the Stalking Horse Bidders | sgreissman@whitecase.com; rgraham@whitecase.com; andrea.amulic@whitecase.com; jzakia@whitecase.com |
| FitzWalter Capital Partners (Financial Trading) Limited | joe.brough@fwcap.com; andrew.gray@fwcap.com; legalnotices@fwcap.com; VNA-A350@fwcap.com |
| JP Lease Product & Services Co. | cgee@vedderprice.com; medelman@vedderprice.com; butou@jlps.co.jp; ishikawa@jlps.co.jp; lrl-notices@jlps.co.jp |
| Quinn Emanuel Urquhart & Sullivan, LLP (Counsel for FitzWalter Capital Partners (Financial Trading)) | benjaminfinestone@quinnemanuel.com; zacharyrussell@quinnemanuel.com; justingriffin@quinnemanuel.com; ashergriffin@quinnemanuel.com; ericwinston@quinnemanuel.com |
| Vedder Price (Counsel for JP Lease Product & Services Co) | cgee@vedderprice.com; medelman@vedderprice.com |