TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Frank A. Oswald
Kyle J. Ortiz
Eitan Blander
*Counsel to the Debtors*
*and Debtors in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>JPA NO. 111 CO., LTD. and<br>JPA NO. 49 CO., LTD.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No.: 21-12075 (DSJ)<br><br>Jointly Administered |

**AFFIDAVIT OF SERVICE OF (I) ORDER ESTABLISHING DEADLINE
FOR FILING PROOFS OF CLAIM AND APPROVING THE FORM AND MANNER
THEREOF; (II) NOTICE OF (I) DEADLINE REQUIRING FILING OF PROOFS
OF CLAIM BY CREDITORS ON OR BEFORE APRIL 25, 2022 AT 5:00 P.M.
AND (II) DEADLINE REQUIRING FILING PROOFS OF CLAIM BY
GOVERNMENTAL UNITS ON OR BEFORE JUNE 14, 2022 AT 5:00 P.M.;
AND (III) PROOF OF CLAIM FORM**

STATE OF NEW YORK   )
                                       ) ss.:
COUNTY OF NEW YORK )

DAWN PERSON, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age and resides in Bedford Hills, New York.

*On March 21, 2022, deponent served a copy of the (I) Order Establishing Deadline for Filing Proofs of Claim and Approving the Form and Manner Thereof; and (II) Notice of (i) Deadline Requiring Filing of Proofs of Claim By Creditors on or Before April 25, 2022 At 5:00 P.M. and (ii) Deadline Requiring Filing Proofs of Claim By Governmental Units on or Before June 14, 2022 At 5:00 P.M.; and (III) Proof of Claim Form* [Docket No. 170], upon the parties in the manner set forth on the service list annexed hereto by either: (i) electronic transmission, or (ii) by first-class mail by depositing true copies of same

---

[1] The Debtors in these Chapter 11 Cases are: JPA No. 111 Co., Ltd. and JPA No. 49 Co., Ltd. The Debtors' corporate address is: Kasumigaseki Common Gate West Tower, 3-2-1 Kasumigaseki, Chiyoda-Ku, Tokyo 100-0013, Japan.

enclosed in prepaid, properly addressed wrappers, in an official depository under the exclusive care and custody of the United States Postal Service for the State of New York.

/s/*Dawn Person*
DAWN PERSON

Sworn to before me this
23rd day of March 2022

/s/*Neil Berger*
NOTARY PUBLIC