# BAR DATE PACKAGE SERVICE LIST

**BY E-MAIL**

Airborne Capital Limited
remarketing@airbornecapital.aero

Airbus S.A.S.
alain.vilanove@airbus.com
guillaume.steuer@airbus.com

Clifford Chance Pte Ltd.
Attn: Fergus Evans, Nattawat Vilasdechanon, Chanuth Tansonboon
Fergus.Evans@cliffordchance.com;
Nattawat.Vilasdechanon@CliffordChance.com;
Chanuth.Tansomboon@CliffordChance.com

Clover Aviation Capital
Attn: Gareth Delany, Exec Dir, CTO
gareth.delany@cloveraviationcapital.com

Clover Aircraft Leasing Company Limited
Attn: Gareth Delaney, Exec Dir, CTO
gareth.delany@cloveraviationcapital.com

Credit Agricole Corporate & Investment Bank
Attn: Francois Barbut, Structured Finance Agency & Middle Office
francois.barbut@ca-cib.com
melody.lavigne@ca-cib.com
mounia.bekkali@ca-cib.com
marcaurele.lerno@ca-cib.com
Pierre-Antoine.LEVAYER@ca-cib.com
amir.belaid@ca-cib.com

DEBEVOISE & PLIMPTON LLP
*Counsel for JLPS Leasing Uranus Limited and JLPS Leasing Draco Limited*
Attn: Sidney P. Levinson
        Isabella M. Cusano
Email: slevinson@debevoise.com
Email: imcusano@debevoise.com

DEBEVOISE & PLIMPTON LLP
*Counsel for JLPS Leasing Uranus Limited and JLPS Leasing Draco Limited*
Attn: Patrick Swain
        Hugo Farmer
Email: pswain@debevoise.com

Email: hfarmer@debevoise.com

FitzWalter Capital Partners (Financial Trading) Limited
Attn: Andrew Gray
joe.brough@fwcap.com
andrew.gray@fwcap.com
legalnotices@fwcap.com
VNA-A350@fwcap.com

JP Lease Product & Services Co.
cgee@vedderprice.com
medelman@vedderprice.com
butou@jlps.co.jp
ishikawa@jlps.co.jp

K&L Gates (Tokyo)
Attn: Joel N. Surendran, Esq. and Sebastian Smith
Joel.surendran@klgates.com,
sebastian.smith@klgates.com

Mega International Commercial Bank, Co., Ltd.
Attn: Becky Yi Hung Lo
tkyln@megabank.com.tw
cindylee@megabank.com.tw
007595@megabank.com.tw
manage@megabank.com.tw

Mizuho Leasing Company, Limited
Aviation Business Department
Attn: Yoshihiko Fujita
yoshihiko.fujita@mizuho-ls.co.jp
go.ueda@mizuho-ls.co.jp
ryohei.harigaya@mizuho-ls.co.jp

Norton Rose Fulbright Gaikokuho Jimu Bengoshi
Attn: Tetsutaro Kubo
Tetsutaro.Kubo@nortonrosefulbright.com

Office of the United States Trustee, Region 2
Attn: R. Morrissey, Esq. and M. Bruh, Esq.
Richard.Morrissey@usdoj.gov
Mark.Bruh@usdoj.gov

Quinn Emanuel Urquhart & Sullivan, LLP
*Counsel for FitzWalter Capital Partners (Financial Trading)*
Attn: Benjamin I. Finestone, Esq.
Zachary R. Russell, Esq.
benjaminfinestone@quinnemanuel.com
zacharyrussell@quinnemanuel.com

Quinn Emanuel Urquhart & Sullivan, LLP
*Counsel for FitzWalter Capital Partners (Financial Trading)*
Attn: Asher Griffin, Esq.
ashergriffin@quinnemanuel.com

Quinn Emanuel Urquhart & Sullivan, LLP
*Counsel for FitzWalter Capital Partners (Financial Trading)*
Attn: Justin Griffin, Esq.
Eric Winston, Esq.
justingriffin@quinnemanuel.com
ericwinston@quinnemanuel.com

Rolls-Royce
Attn: Commercial Executive - Lessor Customer Team
CivilAerolegal@rolls-royce.com

Squire Patton Boggs (US) LLP
*Counsel for Mizuho Leasing Co., Ltd.*
Attn: Christopher J. Giaimo, Esq.
Attn: Nava Hazan, Esq.
christopher.giaimo@squirepb.com
nava.hazan@squirepb.com

Stratos Aircraft Management Limited
Attn: Gary Fitzgerald, CEO
Attn: Ana Urien, Head of Legal
gfitzgerald@stratos.aero
aurien@stratos.aero

Sumitomo Mitsui Trust Bank,Limited Acting in Its Capacity
As Trustee For Trust No. 00011436
Attn: Hitoshi Shinkai
Shinkai_Hiroshi@smtb.jp,
Dl_fi_sf@dl.dai-ichi-life.co.jp
Kawamoto071@daiichilife.com
Kitamura150@daiichilife.com
shisankin_jyutakukikaku@smtb.jp

The Korea Development Bank, Tokyo Branch
Project Finance Department III / Aviation Finance Team
Attn: Minjune Kim, Sujin Kim, Sungkil Kwon, Dongjin Park
kimminjune@kdb.co.kr
sujin@kdb.co.kr
skkwon@kdb.co.kr
pdj@kdb.co.kr

The Korea Development Bank, Tokyo Branch
Attn: Jaehui Bae, Heegon Bang, Hanvit Kim

jhuibae@kdb.co.kr
gon@kdb.co.kr
hanvit_kim@kdb.co.kr

Vietnam Airlines JSC
Attn: Nguyen Chien Thang – EVP,
Huynh Thanh Lan - Invest Deputy Director
thangnguyenchien@vietnamairlines.com
lanhuynh@vietnamairlines.com

Vedder Price
*Counsel for JP Lease Product & Services Co*
Attn: Cameron Gee, Esq. and Michael Edelman, Esq.
cgee@vedderprice.com, medelman@vedderprice.com

WHITE & CASE LLP
*Attorneys for Capital Reef LLC and Isle Royale LLC*
Attn: Scott G. Greissman, Esq. and Richard A. Graham, Esq.
sgreissman@whitecase.com
rgraham@whitecase.com

WHITE & CASE LLP
*Attorneys for Capital Reef LLC and Isle Royale LLC*
Attn: Jason N. Zakia, Esq.
jzakia@whitecase.com

**BY FIRST CLASS MAIL:**

Airbus S.A.S.
2, rand-point Emile Dewoitine 31700
Blagnac - Cedex, France
Attn: A. Villanove

Airbus S.A.S.
1 rand-point Maurice Bellonte
31707 Blagnac - Cedex France
Attn: Head of Contracts/Customer Service

Airbus Americas, Inc.
2550 Wasser Terrace
#9100
Herndon, VA 20171

Corporation Counsel of the City of New York
Tax and Bankruptcy Division
100 Church Street
New York, NY 10007-2601
Attn: James E. Johnson, Esq.

DAE Leasing (Ireland) 12
29 Main Street, Cashel Co.
Tipperary E25 RF76
Ireland

Internal Revenue Service
2970 Market St.
Mail Stop 5-Q30-133
Philadelphia, PA 19104-5016

Internal Revenue Service
Centralized Insolvency
PO Box 7346
Philadelphia, PA 19101-7346

New York State Department of Taxation & Finance
Bankruptcy and Special Procedures Section
PO Box 5300
Albany, NY 12205-0300

New York State Department of Taxation & Finance
Office of Counsel
WA Harriman Campus, Building 9
Albany, New York 12227-0001

New York State Tax Commission
Bankruptcy/Special Procedures Section
PO Box 5300
Albany, NY 12205-0300

New York Attorney General
Office of NYS Attorney General, Leticia James
28 Liberty Street
New York, NY 10005-1486

New York City Department of Finance
Taxpayer Identification Unit
25 Elm Street, 3rd Floor
New York, New York 11201-5826

Office of the United States Attorney for the SDNY
86 Chambers Street, 3rd Floor

New York, NY 10007-2632
Attn: Bankruptcy Unit

Securities and Exchange Commission
Office of the General Counsel
100 F. Street NE
Washington, DC 20549-2000
Attn: Michael Conley, Esq.

Securities and Exchange Commission
New York Regional Office
200 Vesey Street, Suite 400
New York, NY 10281-5520
Attn: Richard Best, Regional Director

Tokyo Sogo Accounting & Co.
7-20 Yaesu 1-chome
Chuo-ku, Tokyo JAPAN

United States Department of Justice
Office of the Attorney General
950 Pennsylvania Avenue NW
Washington, DC 20530-0001