# Notice Recipients

District/Off: 0208−1           User: admin                Date Created: 3/25/2022
Case: 21−12075−dsj            Form ID: tranapl            Total: 2


**Recipients of Notice of Electronic Filing:**
aty        Jared C Borriello        jborriello@teamtogut.com
aty        Zachary R. Russell        zacharyrussell@quinnemanuel.com

                                                        TOTAL: 2