## Exhibit C

## Determination of Secured Obligations

| Category | MSN 67 Amount | MSN 173 Amount |
|---|---|---|
| Senior Principal – FitzWalter Capital Partners (Financial Trading) Limited | $45,692,695.88 | $68,015,823.94 |
| Senior Principal – Mega International Commercial Bank, Co., Ltd., Tokyo Branch | $15,816,702.42 | N/A |
| Senior Principal – The Korea Development Bank | $17,574,113.80 | N/A |
| Senior Principal – The Korea Development Bank, Tokyo Branch | $8,787,056.90 | N/A |
| Senior Principal –Sumitomo Mitsui Trust Bank, as Trustee for Trust No. 0011436 | N/A | $16,139,680.13 |
| Senior Principal – Sumitomo Mitsui Trust Bank, Limited) | N/A | $4,034,920.03 |
| Senior Interest* | $0.00 | $0.00 |
| Senior Default Interest* | $426,515.22 | $408,284.33 |
| Junior Principal – Mizuho Leasing Company, Ltd. | $8,783,353.72 | $6,703,490.55 |
| Junior Interest* | $138,837.57 | $111,991.39 |
| Junior Default Interest* | $174,541.26 | $124,323.60 |
| Swap/Break Costs* | $7,490,909.73 | $4,844,043.98 |
| FitzWalter Payment Amount | $2,000,000.00 | $2,000,000.00 |
| Legal Fees and Costs of Senior Agent/Lenders (other than FitzWalter) | $0.00 | $175,000.00 |
| Legal Fees and Costs of Junior Agent/Lenders | $225,000.00 | $225,000.00 |
| **TOTAL SECURED OBLIGATIONS** | $107,109,726.50 | $102,782,557.95 |

*The Secured Obligations shall include additional interest accrued through the Closing.