TOGUT, SEGAL & SEGAL LLP  
One Penn Plaza, Suite 3335  
New York, New York 10119  
(212) 594-5000  
Kyle J. Ortiz  
Bryan M. Kotliar  
Eitan E. Blander  

STATUS CONFERENCE: 3/31/2022 AT 11:00 A.M.

*Counsel to the Debtors*  
*and Debtors in Possession*

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>JPA NO. 111 CO., LTD. and<br>JPA NO. 49 CO., LTD.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No.: 21-12075 (DSJ)<br><br>(Jointly Administered) |

**NOTICE OF STATUS CONFERENCE**  
**SCHEDULED FOR MARCH 31, 2022 AT 11:00 AM**

**PLEASE TAKE NOTICE** that a status conference (the "Status Conference") has been scheduled in the above reference cases and will be held on **March 31, 2022 at 11:00 a.m. (prevailing Eastern Time)** before the Honorable David S. Jones, United States Bankruptcy Judge for the Southern District of New York, One Bowling Green, New York, New York 10004. In light of the COVID-19 pandemic, the Status Conference shall take place via Zoom for Government. Those wishing to appear before the Bankruptcy Court at the Status Conference must register their appearance by utilizing the Electronic Appearance portal located at the Bankruptcy Court's website: https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl. Appearances must be entered no later than March 30, 2022, at 4:00 p.m. (**Prevailing Eastern Time**).

---

[1] The Debtors in these Chapter 11 Cases are: JPA No. 111 Co., Ltd. and JPA No. 49 Co., Ltd. The Debtors' corporate address is Kasumigaseki Common Gate West Tower, 3-2-1 Kasumigaseki, Chiyoda-Ku, Tokyo 100-0013.

**PLEASE TAKE FURTHER NOTICE** that, at the Status Conference, the Debtors will request that the Court approve the scheduling of a combined hearing to approve a disclosure statement and confirmation of a chapter 11 plan to be filed at a later date pursuant to section 105(d)(2)(B)(vi) of the Bankruptcy Code.

Dated: March 28, 2022
New York, New York

JPA NO. 111 CO., LTD. and
JPA NO. 49 CO., LTD.
*Debtors and Debtors in Possession*
By their Counsel
TOGUT, SEGAL & SEGAL LLP
By:

*/s/ Kyle J. Ortiz*
Kyle J. Ortiz
Bryan M. Kotliar
One Penn Plaza, Suite 3335
New York, New York 10119
Telephone: (212) 594-5000

2