TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Kyle J. Ortiz
Amanda C. Glaubach
Eitan E. Blander

*Counsel to the Debtors
and Debtors in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| JPA NO. 111 CO., LTD. and JPA NO. 49 CO., LTD., | Case No.: 21-12075 (DSJ) |
| | (Jointly Administered) |
| Debtors.[1] | |

**AFFIDAVIT OF SERVICE OF ORDER (A) APPROVING
STALKING HORSE PURCHASE AGREEMENTS; (B) THE SALE OF
THE PURCHASED ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS,
INTERESTS, AND ENCUMBRANCES; (C) AUTHORIZING THE
ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY
CONTRACTS AND UNEXPIRED LEASES IN CONNECTION THEREWITH;
AND (D) GRANTING RELATED RELIEF**

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

JONATHAN COHEN being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age and resides in West Orange, New Jersey.

On March 28, 2022, deponent served a copy of the *Order (A) Approving Stalking Horse Purchase Agreements; (B) The Sale of the Purchased Assets Free and Clear of all Liens, Claims, Interests, and Encumbrances; (C) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection Therewith; and*

*[concludes on following page]*

---

[1] The Debtors in these Chapter 11 cases are: JPA No. 111 Co., Ltd. and JPA No. 49 Co., Ltd. The Debtors' corporate address is Kasumigaseki Common Gate West Tower, 3-2-1 Kasumigaseki, Chiyoda-Ku, Tokyo 100-0013.

 (D) *Granting Related Relief* [Docket No. 180] upon the party on the service list annexed hereto by First-Class International Mail.

/s/ *Jonathan Cohen*
JONATHAN COHEN

Sworn to before me this
30th day of March 2022

/s/ *Cynthia Juliano*
NOTARY PUBLIC

2

## SERVICE LIST

**By First Class International Mail**

Airbus S.A.S.
2, rond-point Emile Dewoitine 31700
Blagnac - France
Attn: A. Villanove