TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Kyle J. Ortiz
Amanda C. Glaubach
Eitan E. Blander

*Counsel to the Debtors
and Debtors in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| JPA NO. 111 CO., LTD. and<br>JPA NO. 49 CO., LTD., | Case No.:  21-12075 (DSJ) |
| | (Jointly Administered) |
| Debtors.[1] | |

### AFFIDAVIT OF SERVICE OF NOTICE OF
### STATUS CONFERENCE SCHEDULED FOR MARCH 31, 2022 AT 11:00 AM

STATE OF NEW YORK      )
                                        ) ss.:
COUNTY OF NEW YORK )

JONATHAN COHEN being duly sworn, deposes and says:  deponent is not a party to the action, is over 18 years of age and resides in West Orange, New Jersey.

On March 29, 2022, deponent served a copy of the *Notice of Status Conference Scheduled for March 31, 2022 at 11:00 a.m.* [Docket No. 181] upon the party on the service list annexed hereto by First-Class International Mail.

/s/ *Jonathan Cohen*
JONATHAN COHEN

Sworn to before me this
30th day of March 2022

/s/ *Cynthia Juliano*
NOTARY PUBLIC

---

[1]    The Debtors in these Chapter 11 cases are:  JPA No. 111 Co., Ltd. and JPA No. 49 Co., Ltd.  The Debtors' corporate address is Kasumigaseki Common Gate West Tower, 3-2-1 Kasumigaseki, Chiyoda-Ku, Tokyo 100-0013.

## SERVICE LIST

### By First Class International Mail

Airbus S.A.S.
2, rond-point Emile Dewoitine 31700
Blagnac - France
Attn: A. Villanove