TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Kyle J. Ortiz
Amanda C. Glaubach
Eitan E. Blander

*Counsel to the Debtors*
*and Debtors in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| JPA NO. 111 CO., LTD. and<br>JPA NO. 49 CO., LTD., | Case No.: 21-12075 (DSJ) |
| | (Jointly Administered) |
| Debtors.[1] | |

**AFFIDAVIT OF SERVICE OF ORDER (A) APPROVING STALKING HORSE PURCHASE AGREEMENTS; (B) THE SALE OF THE PURCHASED ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, INTERESTS, AND ENCUMBRANCES; (C) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES IN CONNECTION THEREWITH; AND (D) GRANTING RELATED RELIEF**

STATE OF NEW YORK      )
                                              ) ss.:
COUNTY OF NEW YORK )

ANAIS RODRIGUEZ, being duly sworn, deposes and says:  deponent is not a party to the action, is over 18 years of age and resides in New York, New York.

On March 25, 2022, deponent served a copy of the *Order (A) Approving Stalking Horse Purchase Agreements; (B) the Sale of the Purchased Assets Free and Clear of All Liens, Claims, Interests, and Encumbrances; (C) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection Therewith; and*

***[concludes on following page]***

---

[1]    The Debtors in these Chapter 11 cases are:  JPA No. 111 Co., Ltd. and JPA No. 49 Co., Ltd.  The Debtors' corporate address is Kasumigaseki Common Gate West Tower, 3-2-1 Kasumigaseki, Chiyoda-Ku, Tokyo 100-0013.

*(D) Granting Related Relief* [Docket No. 180] upon the parties on the service list annexed hereto by electronic transmission.

*/s/ Anais Rodriguez*
ANAIS RODRIGUEZ

Sworn to before me this
30th day of March 2022

*/s/ Cynthia Juliano*
NOTARY PUBLIC

**SERVICE LIST**

**By Electronic Mail**

Airborne Capital Limited
remarketing@airbornecapital.aero

Airbus S.A.S.
avilanove@airbus.com

Clifford Chance Pte Ltd.
Fergus.Evans@cliffordchance.com;
Nattawat.Vilasdechanon@CliffordChance.com;
Chanuth.Tansomboon@CliffordChance.com

Clover Aircraft Leasing Company Limited
Attn: Gareth Delaney, Exec Dir, CTO
gareth.delany@cloveraviationcapital.com

Credit Agricole Corporate & Investment Bank
Attn: Francois Barbut, Structured Finance Agency & Middle Office
francois.barbut@ca-cib.com
marcaurele.lerno@ca-cib.com
Pierre-Antoine.LEVAYER@ca-cib.com
amir.belaid@ca-cib.com

DEBEVOISE & PLIMPTON LLP
*Counsel for JLPS Leasing Uranus Limited and*
*JLPS Leasing Draco Limited*
Email: slevinson@debevoise.com
Email: imcusano@debevoise.com
Attn: Sidney P. Levinson
        Isabella M. Cusano

DEBEVOISE & PLIMPTON LLP
Counsel for JLPS Leasing Uranus Limited and
JLPS Leasing Draco Limited
Email: pswain@debevoise.com
Email: hfarmer@debevoise.com
Attn: Patrick Swain
        Hugo Farmer

FitzWalter Capital Partners (Financial Trading) Limited
Attn: Andrew Gray
joe.brough@fwcap.com
andrew.gray@fwcap.com
legalnotices@fwcap.com
VNA-A350@fwcap.com

JP Lease Product & Services Co.
cgee@vedderprice.com
medelman@vedderprice.com
butou@jlps.co.jp
ishikawa@jlps.co.jp

JPLS Leasing Uranus Limited
Irl-notices@jlps.co.jp

JLPS Leasing Draco Limited
Irl-notices@jlps.co.jp

K&L Gates (Tokyo)
Attn: Joel N. Surendran, Esq.
Joel.surendran@klgates.com,
sebastian.smith@klgates.com

Mega International Commercial Bank, Co., Ltd.
Tokyo Branch
Attn: Becky Yi Hung Lo
tkyln@megabank.com.tw
cindylee@megabank.com.tw
007595@megabank.com.tw
manage@megabank.com.tw

Mizuho Leasing Company, Limited
Aviation Business Department
Attn: Yoshihiko Fujita
yoshihiko.fujita@mizuho-ls.co.jp
go.ueda@mizuho-ls.co.jp
ryohei.harigaya@mizuho-ls.co.jp

Norton Rose Fulbright Gaikokuho Jimu Bengoshi
Tetsutaro.Kubo@nortonrosefulbright.com

Office of the United States Trustee, Region 2
Attn: R. Morrissey, Esq. and M. Bruh, Esq.
Richard.Morrissey@usdoj.gov
Mark.Bruh@usdoj.gov

Quinn Emanuel Urquhart & Sullivan, LLP
Counsel for FitzWalter Capital Partners (Financial Trading)
Attn: Benjamin I. Finestone, Esq.
Zachary R. Russell, Esq.
benjaminfinestone@quinnemanuel.com
zacharyrussell@quinnemanuel.com
justingriffin@quinnemanuel.com

ashergriffin@quinnemanuel.com
ericwinston@quinnemanuel.com

Rolls-Royce
CivilAerolegal@rolls-royce.com

Squire Patton Boggs (US) LLP
*Counsel for Mizuho Leasing Co., Ltd.*
Attn: Christopher J. Giaimo, Esq. and Nava Hazan, Esq.
christopher.giaimo@squirepb.com
nava.hazan@squirepb.com
sarah.conley@squirepb.com

Stratos Aircraft Management Limited
Attn: Gary Fitzgerald, CEO
gfitzgerald@stratos.aero
aurien@stratos.aero

Sumitomo Mitsui Trust Bank,
Limited Acting In Its Capacity As Trustee For Trust No. 00011436
Structured Finance Department
Attn: Hitoshi Shinkai
Shinkai_Hiroshi@smtb.jp
Dl_fi_sf@dl.dai-ichi-life.co.jp
Kawamoto071@daiichilife.com
Kitamura150@daiichilife.com
shisankin_jyutakukikaku@smtb.jp

The Korea Development Bank, Tokyo Branch
Project Finance Department III / Aviation Finance Team
Attn: Minjune Kim, Sujin Kim, Sungkil Kwon, Dongjin Park
kimminjune@kdb.co.kr
sujin@kdb.co.kr
skkwon@kdb.co.kr
pdj@kdb.co.kr

The Korea Development Bank, Tokyo Branch
Attn: Jaehui Bae, Heegon Bang, Hanvit Kim
jhuibae@kdb.co.kr
gon@kdb.co.kr
hanvit_kim@kdb.co.kr

Vietnam Airlines JSC
Attn: Nguyen Chien Thang – EVP,
Huynh Thanh Lan - Invest Deputy Director
thangnguyenchien@vietnamairlines.com
lanhuynh@vietnamairlines.com

Vedder Price
Counsel for JP Lease Product & Services Co
Attn: Cameron Gee, Esq. and Michael Edelman, Esq.
cgee@vedderprice.com
medelman@vedderprice.com

White & Case LLP
sgreissman@whitecase.com
jzakia@whitecase.com