**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>JPA NO. 111 CO., LTD. and<br>JPA NO. 49 CO., LTD.*,*<br><br>         Debtors.¹ | Chapter 11<br><br>Case No.: 21-12075 (DSJ)<br><br>(Jointly Administered) |

### ORDER EXTENDING THE BAR DATE FOR CERTAIN PARTIES

Upon consideration of the motion (the "Application")² of the above captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order") extending the General Bar Date for FitzWalter, the Prepetition Agents, the Prepetition Lenders, and the Intermediate Lessors (collectively, the "Extended Parties") as set forth herein; and the Court having reviewed the Application; and the Court having jurisdiction to consider the Application and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order; and consideration of the Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that proper and adequate notice of the Application has been given and that no other or further notice is necessary; **and no objections to the Application having been filed;** and this Court having determined that the relief requested in the Application is in the best interests of the Debtors, their estates, their creditors and other parties in interest and that the legal and factual bases set forth in the

---

¹ The Debtors in these Chapter 11 Cases are: JPA No. 111 Co., Ltd. and JPA No. 49 Co., Ltd. The Debtors' corporate address is: Kasumigaseki Common Gate West Tower, 3-2-1 Kasumigaseki, Chiyoda-Ku, Tokyo 100-0013.

² Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Application.

Application establish just cause for the relief granted herein; and upon due deliberation and good and sufficient cause appearing therefor, it is hereby: **[DSJ 4/21/2022]**

### ORDERED, ADJUDGED, AND DECREED that:

1. The Application is GRANTED to the extent provided herein.

2. The General Bar Date is hereby extended for the Extended Parties until the earlier of fourteen (14) days following (a) the Debtors' filing of a notice that the Stalking Horse Purchase Agreements have terminated and (b) the closing of the Sale.

3. Nothing herein shall prejudice the Debtors' or the Extended Parties' rights to seek further extensions of the General Bar Date.

4. The terms and conditions of this Order shall be immediately effective and enforceable upon entry of this Order.

5. The Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

6. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated:   New York, New York
         April 21, 2022

                                    _s/ David S. Jones_
                                    HONORABLE DAVID S. JONES
                                    UNITED STATES BANKRUPTCY JUDGE