**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>JPA NO. 111 CO., LTD. and<br>JPA NO. 49 CO., LTD.,<br><br>　　　　　　　　Debtors.[1] | Chapter 11<br><br>Case No.: 21-12075 (DSJ)<br><br>(Jointly Administered) |

**ORDER PURSUANT TO SECTIONS 105(a) AND 1121(d) OF THE
BANKRUPTCY CODE EXTENDING THE EXCLUSIVE PERIODS TO
FILE A CHAPTER 11 PLAN AND SOLICIT ACCEPTANCES THEREOF**

Upon consideration of the Motion (the "Motion")[2] of the above captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order"), pursuant to sections 105(a) and 1121(d) of the Bankruptcy Code and Local Rule 9006-2, extending the Debtors' exclusive period to file a chapter 11 plan (the "Exclusive Filing Period") for ninety (90) days, through and including July 19, 2022, and extending the Debtors' exclusive period to solicit acceptances of a chapter 11 plan (the "Exclusive Solicitation Period" and, together with the Exclusive Filing Period, the "Exclusive Periods") for ninety (90) days through and including September 13, 2022; and the Court having reviewed the Motion, and the Loechteken Declaration; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that proper and adequate notice of the Motion has been given

---

[1]　The Debtors in these Chapter 11 Cases are:  JPA No. 111 Co., Ltd. and JPA No. 49 Co., Ltd.  The Debtors' corporate address is: Kasumigaseki Common Gate West Tower, 3-2-1 Kasumigaseki, Chiyoda-Ku, Tokyo 100-0013, JAPAN.

[2]　Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

and that no other or further notice is necessary; and **no objections having been filed and a certificate of no objection having been filed as to the Motion** ~~a hearing having been held to consider the relief requested in the Motion (the "Hearing")~~; and upon the record of ~~the Hearing and~~ all of the proceedings had before the Court; and this Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors and other parties in interest and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon due deliberation and good and sufficient cause appearing therefor, it is hereby: **[DSJ 4/25/2022]**

   **ORDERED, ADJUDGED, AND DECREED that:**

1. The Motion is GRANTED to the extent provided herein.

2. The Debtors' Exclusive Filing Period is extended through and including July 19, 2022. If the Debtors file a Chapter 11 plan prior to the expiration of the Exclusive Filing Period, the Debtors' Exclusive Solicitation Period is extended through and including September 13, 2022.

3. Nothing herein shall prejudice the Debtors' rights to seek further extensions of the Exclusive Periods.

4. The terms and conditions of this Order shall be immediately effective and enforceable upon entry of this Order.

5. The Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

3

6.      This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated:   New York, New York
         April 25, 2022

                                                  *s/ David S. Jones*
                                        HONORABLE DAVID S. JONES
                                        UNITED STATES BANKRUPTCY JUDGE