UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>JPA NO. 111 CO., LTD. and<br>JPA No. 49 CO., LTD.,<br><br>             Debtors.[1] | Chapter 11<br><br>Case No.: 21-12075 (DSJ)<br><br>(Jointly Administered) |

### ORDER GRANTING FIRST INTERIM APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

Upon consideration of the *First Application of Togut, Segal & Segal LLP*, as *Counsel for the Debtors for Interim Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred from December 17, 2021 through March 31, 2022* [Docket No. 199] (the "Application"); and notice of the Application having been given pursuant to Federal Rules of Bankruptcy Procedure 2002(a)(6) and (c)(2); and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* entered on February 11, 2022 [Docket No. 110]; and a hearing to consider the Application having been held before this Court on June 16, 2022 (the "Hearing"); and after due deliberation and sufficient cause having been shown therefor, it is hereby

**ORDERED** that the Application is granted to the extent set forth on the attached schedules "A" and "B".

Dated: New York, New York
       June 17, 2022

                                          *s/ David S. Jones*
                                       HONORABLE DAVID S. JONES
                                       UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these Chapter 11 cases are: JPA No. 111 Co., Ltd. and JPA No. 49 Co., Ltd. The Debtors' corporate address is Kasumigaseki Common Gate West Tower, 3-2-1 Kasumigaseki, Chiyoda-Ku, Tokyo 100-0013, JAPAN.

Case No. 21-12075 (DSJ)     CURRENT INTERIM FEE PERIOD     Schedule A
12/17/2021 through 3/31/2022

Case Name: JPA NO. 111 CO., LTD. and JPA No. 49 CO., LTD.,

| (1) Applicant | (2) Date/Doc. No. of Application/Period | (3) Interim Fees Requested in Application | (4) Fees Allowed | (5) Fees to be Paid for Current Fee Period (80%)[2] | (6) Fees to be Paid for Prior Fee Period(s) (if any) (i.e. Holdback Release) | (7) Total Fees to be Paid | (8) Interim Expenses Allowed | (9) Expenses to be Paid for Current Fee Period[3] |
|---|---|---|---|---|---|---|---|---|
| **Togut, Segal & Segal LLP** *Counsel for the Debtors* | 5/16/2022 Docket No. 199 12/17/2021 through 3/31/2022 | $2,717,651.00 | $2,717,651.00 | $2,174,129.80 | $0.00 | $2,174,129.80 | $287,855.73 | $149,256.97 |

DATE ON WHICH ORDER WAS SIGNED: June 17, 2022     INITIALS: *DSJ*, USBJ

---

[2] Total fees to be paid for the current fee period to the extent not previously paid reflecting a 20% holdback.

[3] Expense reimbursement requested in this Application includes pass-through expenses for (i) Mr. Francis Tregear QC, the Debtors' UK Law Experts during the month of February 2022 in the amount of $95,077.50; and (ii) Mr. Tregear and Professor Sir Roy Goode as UK Experts, during the Month of March 2022, in the amount of $148,112.47, aggregating $243,189.97, for legal services provided to the Debtors' during the First Interim Fee Period. The Togut Firm is only seeking reimbursement of $149,256.97 of these expenses due to the Debtors direct payment to the UK Experts in the amount of $93,933 as further described in the as filed March Monthly Operating Reports. [Dkt. Nos. 190 and 191], respectively.

Case No. 21-12075 (DSJ)     **TOTAL FEES AND EXPENSES**     Schedule B
Case Name:     **(ALL FEE PERIODS)**

JPA NO. 111 CO., LTD. and
JPA No. 49 CO., LTD.,

| (1)<br>Applicant | (2)<br>Total Fees Requested | (3)<br>Total Fees to be Paid[4] | (4)<br>Total Expenses Requested | (5)<br>Total Expenses to be Paid |
|---|---|---|---|---|
| **Togut, Segal & Segal LLP**<br><br>*Counsel for the Debtors* | $2,717,651.00 | $2,174,129.80 | $287,855.73 | $149,256.97 |

**DATE ON WHICH ORDER WAS SIGNED:** June 17, 2022     **INITIALS:** *DSJ*, **USBJ**

---

[4]    Total fees to be paid to the extent not previously paid.

2